UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

MARK DUBLINO;

              PLAINTIFF

     v.

JUSTIN BIEGAJ; ET. AL.

              DEFENDANTS

---

*FILED JAN 31 2022 — MARY C. LOEWENGUTH, CLERK, WESTERN DISTRICT OF NY*

NOTICE OF APPEAL

6:19-cv-06269-DGL-MJP

NOTICE IS HEREBY GIVEN THAT MARK DUBLINO; THE PLAINTIFF IN THE DISTRICT COURT ACTION IN THE ABOVE-NAMED CASE; HEREBY APPEALS TO THE UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUT FROM ALL DECISIONS OF THIS COURT ENTERED ON JANUARY 22nd O .

DATED: JANUARY 25th O ,

 

_____

SIGNATURE

MARK DUBLINO ; DIN. 18-B-0793

APPEARING "PRO SE"

WENDE CORRECTIONAL FACILITY

3040 WENDE ROAD

ALDEN; NEW YORK 14004

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
                   )ss.:
COUNTY OF ERIE )

I, MARK DUBLINO, swear under the penalty of perjury that:

On the 25th day of JANUARY, 20 22, I placed and submitted a true and exact copy of the following documents:

1. NOTICE OF APPEAL FOR 6:19-cv-06269-DGL-MJP; DUBLINO v. BIEGAJ
2. MOTION FOR AN EXTENTION OF TIME TO FILE
3. NOTICE OF APPEAL FOR 6:19-cv-06354-DGL-MJP; DUBLINO v. WENDE CORRECTIONAL FACILITY
4. MOTION FOR AN EXTENTION OF TIME TO FILE.

in a properly sealed post-paid wrapper, and deposited same in an official depository, designated for outgoing mail at the Wende Correctional Facility, to be delivered by the United States Postal Service to the following parties:

UNITED STATES DISTRICT COURT
HON. DAVID LARIMER
500 UNITED STATES COURTHOUSE
ROCHESTER; NEW YORK 14614

Sworn to before me this
25th day of January, 20 22

RYAN ADAM STAUFENBERGER
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01ST6402487
Qualified in Erie County
My Commission Expires January 06, 2024

Respectfully submitted,

MARK DUBLINO    Pro se 18-B-0793
Wende Correctional Facility
3040 Wende Road
Alden, New York 14004-1187

NOTARY PUBLIC

**WENDE CORRECTIONAL FACILITY**
Wende Rd., P.O. Box 1187
Alden, New York 14004-1187

NAME: MARK DUBLINO    DIN: 18-B-0793



WENDE
CORRECTIONAL FACILITY

NEOPOST       FIRST-CLASS MAIL
01/28/2022
US POSTAGE  $000.53⁰

ZIP 14004
041M11281621

UNITED STATE DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
HON. DAVID LARIMER
2500 UNITED STATES COURTHOUSE
ROCHESTER, NEW YORK 14614

LEGAL MAIL

APPEAL,CASREF,PRO_BONO,PS−C,ProSe

# U.S. DISTRICT COURT
## U.S. District Court, Western District of New York (Rochester)
## CIVIL DOCKET FOR CASE #: 6:19−cv−06269−DGL−MJP
*Internal Use Only*

| | |
|---|---|
| Dublino v. Biegaj et al | Date Filed: 04/10/2019 |
| Assigned to: Hon. David G. Larimer | Date Terminated: 01/19/2022 |
| Referred to: Hon. Mark W. Pedersen | Jury Demand: Both |
| Cause: 42:1983 Prisoner Civil Rights | Nature of Suit: 550 Prisoner: Civil Rights |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Mark Thomas Dublino**     represented by     **Mark Thomas Dublino**
18−B−0793
WENDE CORRECTIONAL FACILITY
Box 1187
Alden, NY 14004−1187
*PRO SE*

**Steven V. Modica**
Modica & Associates
2430 Ridgeway Avenue
Rochester, NY 14626
585−227−2070
Fax: 585−227−2306
Email: steve@ModicaLawFirm.com
*TERMINATED: 01/20/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Sgt. Justin Biegaj**     represented by     **Erin Elizabeth Molisani**
Erie County Department of Law
95 Franklin Street
16th Floor
Buffalo, NY 14202
716−858−2208
Fax: 716−858−2281
Email: erin.molisani@erie.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas J. Navarro**
Erie County Department of Law
95 Franklin Street
16th Floor
Buffalo, NY 14202
716−858−2243
Fax: 716−858−2281
Email: thomas.navarro@erie.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Sgt. Robert Dee**     represented by     **Erin Elizabeth Molisani**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                                      **Thomas J. Navarro**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Dep. Brian Thompson**        represented by    **Erin Elizabeth Molisani**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                                      **Thomas J. Navarro**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Dep. Frank Gelster**        represented by    **Erin Elizabeth Molisani**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                                      **Thomas J. Navarro**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**C.O. Vincent Terrana**
*TERMINATED: 09/04/2019*

**Defendant**

**Sgt. Cross**        represented by    **Erin Elizabeth Molisani**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                                      **Thomas J. Navarro**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Sgt. Robinson**        represented by    **Erin Elizabeth Molisani**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                                      **Thomas J. Navarro**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Dep. P. Giardina**        represented by    **Erin Elizabeth Molisani**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                                      **Thomas J. Navarro**

        (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Dep. Shawn Wilson**    represented by   **Erin Elizabeth Molisani**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas J. Navarro**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/10/2019 | 1 | COMPLAINT against All Defendants, filed by Mark Thomas Dublino. (BK) (Entered: 04/11/2019) |
| 04/10/2019 | 2 | MOTION for Leave to Proceed in forma pauperis by Mark Thomas Dublino. (BK) (Entered: 04/11/2019) |
| 04/10/2019 |  | Notice of Availability of Magistrate Judge: A United States Magistrate of this Court is available to conduct all proceedings in this civil action in accordance with 28 U.S.C. 636c and FRCP 73. The Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form (AO−85) is available for download at http://www.uscourts.gov/services−forms/forms. The Pro Se Packet including: the Privacy Notice, Consent to Proceed before a Magistrate Judge and the Civil Case Timeline have been mailed to the Plaintiff. (BK) (BK) (Entered: 04/11/2019) |
| 05/20/2019 | 3 | Letter Request from Mark Dublino, dated 5/16/2019. (BK) (Entered: 05/22/2019) |
| 06/06/2019 | 4 | ORDER granting 2 Motion for Leave to Proceed in forma pauperis. Signed by Hon. David G. Larimer on 6/4/2019. Plaintiff has 45 days from the date of this order to file an amended complaint. A copy of this order, a copy of the original complaint, a blank § 1983 complaint form, and the instructions for filing an amended complaint have been mailed to the Plaintiff at Auburn Correctional. (BK) (Entered: 06/06/2019) |
| 06/11/2019 | 5 | Pro se Office Letter Response to Plaintiff Mark T. Dublino. (JHF) (Entered: 06/12/2019) |
| 06/17/2019 | 6 | Letter from NYS Correction and Community Supervision, dated 6/14/19, to Judge Payson. (JHF) (Entered: 06/18/2019) |
| 07/11/2019 | 7 | Letter Request from Mark Dublino, dated 7/3/2019. (Attachments: # 1 Envelope) (BK) (Entered: 07/12/2019) |
| 07/17/2019 | 8 | AMENDED COMPLAINT against All Defendants, filed by Mark Thomas Dublino. (BK) (Entered: 07/19/2019) |
| 07/22/2019 | 9 | MOTION to Appoint Counsel by Mark Thomas Dublino. (BK) (Entered: 07/24/2019) |
| 09/03/2019 | 10 | ORDER that the Clerk of Court is directed to cause the United States Marshal Service to serve copies of the Summons, Amended Complaint and this Order upon Defendants without Plaintiff's payment therefore, unpaid fees to be recoverable if this action terminates by monetary award in Plaintiff's favor; FURTHER, that pursuant to 42 U.S.C. § 1997e(g), Defendants are directed to respond to the Complaint. SO ORDERED. Signed by Hon. David G. Larimer on 9/3/2019. *(Clerk mailed copy of order to Plaintiff on 9/4/2019.)* (LB) (Entered: 09/04/2019) |
| 09/03/2019 | 11 | DECISION AND ORDER denying 9 Motion to Appoint Counsel without prejudice. Signed by Hon. David G. Larimer on 9/3/2019. *(Clerk mailed copy of order to Plaintiff on 9/4/2019.)* (LB) (Entered: 09/04/2019) |

| | | |
|---|---|---|
| 09/04/2019 | | Summons Issued as to Justin Biegaj, Cross, Robert Dee, Frank Gelster, P. Giardina, Robinson, Brian Thompson, Shawn Wilson. The Clerks Office has forwarded service packets to the US Marshal. (LB) (Entered: 09/04/2019) |
| 09/16/2019 | 12 | Letter Request from Mark T. Dublino, dated 9/1/2019. (BK) (Entered: 09/19/2019) |
| 10/01/2019 | 14 | Acknowledgment of Service PR by Mark Thomas Dublino. Justin Biegaj served on 9/30/2019, answer due 12/2/2019; Cross served on 9/30/2019, answer due 12/2/2019; Robert Dee served on 9/30/2019, answer due 12/2/2019; Frank Gelster served on 9/30/2019, answer due 12/2/2019; P. Giardina served on 9/30/2019, answer due 12/2/2019; Robinson served on 9/30/2019, answer due 12/2/2019; Brian Thompson served on 9/30/2019, answer due 12/2/2019; Shawn Wilson served on 9/30/2019, answer due 12/2/2019. (BK) (Entered: 10/03/2019) |
| 10/02/2019 | 13 | ANSWER to 8 Amended Complaint by Justin Biegaj, Cross, Robert Dee, Frank Gelster, P. Giardina, Robinson, Brian Thompson, Shawn Wilson.(Molisani, Erin) (Entered: 10/02/2019) |
| 10/04/2019 | 15 | TEXT ORDER REFERRING CASE to Magistrate Judge Hon. Jonathan W. Feldman for all pretrial matters excluding dispositive motions. IT IS SO ORDERED. Signed by Hon. David G. Larimer on 10/4/19. *A copy of this Text Order has been mailed to plaintiff at his address of record.* (PR) (Entered: 10/04/2019) |
| 10/07/2019 | 16 | ORDER: Scheduling Conference set for 11/25/2019 at 02:00 PM before Hon. Jonathan W. Feldman's successor. A copy of this order and the NEF has been mailed to pro se plaintiff. Signed by Hon. Jonathan W. Feldman on 10/7/2019. (SR) (Entered: 10/07/2019) |
| 10/11/2019 | 19 | ORDER granting defense counsel's request to participate by telephone at the Rule 16 Scheduling Conference set for 11/25/2019 at 2:00 pm before Hon. Jonathan W. Feldman's successor. Signed by Hon. Jonathan W. Feldman on 10/11/2019. (copy of this order mailed to pro se plaintiff at address on docket.) (LMD) (Entered: 10/22/2019) |
| 10/15/2019 | 17 | MOTION to Appoint Counsel by Mark Thomas Dublino. (BK) (Entered: 10/16/2019) |
| 10/15/2019 | 18 | NOTICE by Mark Thomas Dublino. (BK) (Entered: 10/16/2019) |
| 10/31/2019 | 20 | NOTICE of Appearance by Thomas J. Navarro on behalf of All Defendants (Navarro, Thomas) (Entered: 10/31/2019) |
| 11/13/2019 | 21 | TEXT ORDER REFERRING CASE to Hon. Hon. Mark W. Pedersen, United States Magistrate Judge for all pretrial matters excluding dispositive motions. Hon. Jonathan W. Feldman no longer assigned to case. Signed by Mary C. Loewenguth, Clerk of Court, on 11/13/2019. (LB) (Entered: 11/13/2019) |
| 11/14/2019 | | Copy of 11/13/19 Text Order Referring Case mailed to pro se parties and any non−electronically registered attorneys. (JHF) (Entered: 11/14/2019) |
| 11/14/2019 | 23 | Letter filed by Robert Dee, Cross, P. Giardina, Justin Biegaj, Robinson, Brian Thompson, Shawn Wilson, Frank Gelster as to Vincent Terrana, Robert Dee, Cross, P. Giardina, Justin Biegaj, Robinson, Brian Thompson, Shawn Wilson, Frank Gelster . (Navarro, Thomas) (Entered: 11/14/2019) |
| 11/15/2019 | | E−Filing Notification: 22 DISCOVERY PLAN. The consent form does not get e−filed. Document removed. Action required: Refile only the Proposed discovery plan. (TF) (Entered: 11/15/2019) |
| 11/15/2019 | | E−Filing Notification: 23 Letter. This document contains a request for relief and should be filed as a motion. ACTION REQUIRED: Re−file document using the motion event. (TF) (Entered: 11/15/2019) |
| 11/15/2019 | 25 | First MOTION to Adjourn scheduling conference by Justin Biegaj, Cross, Robert Dee, Frank Gelster, P. Giardina, Robinson, Brian Thompson, Shawn Wilson.(Navarro, Thomas) (Entered: 11/15/2019) |
| 11/20/2019 | 26 | LETTER ORDER granting 25 Motion to Adjourn Scheduling Conference. Scheduling Conference reset for 12/19/2019 at 2:00PM before Hon. Mark W. Pedersen. Signed by Hon. Mark W. Pedersen on 11/20/2019. (JB) (Entered: 11/20/2019) |

| | | |
|---|---|---|
| 11/20/2019 | | Set/Reset Hearings: Scheduling Conference reset for 12/19/2019 at 02:00 PM before Hon. Mark W. Pedersen. (JB) (Entered: 11/20/2019) |
| 12/04/2019 | 27 | First MOTION for Leave to Appear by telephone by Justin Biegaj, Cross, Robert Dee, Frank Gelster, P. Giardina, Robinson, Brian Thompson, Shawn Wilson.(Navarro, Thomas) (Entered: 12/04/2019) |
| 12/05/2019 | 28 | TEXT ORDER: On 12/4/2019, counsel for the defense filed a motion for leave to appear by telephone for the scheduling conference set for 12/19/2019. Motion for leave to appear by telephone is granted. Counsel is directed to call Court Deputy James Bock at 585–613–4364 prior to the conference for instructions. SO ORDERED. Signed by Hon. Mark W. Pedersen on 12/5/2019. (NJJ) (Entered: 12/05/2019) |
| 12/19/2019 | 29 | Minute Entry for proceedings held before Hon. Mark W. Pedersen: Scheduling Conference held on 12/19/2019. Appearances: Mark T. Dublino, pro se plaintiff by telephone, and Thomas J. Navarro, Esq. for defendant by telephone. Scheduling order to be issued. (Court Reporter FTR Gold.) (JB) (Entered: 12/19/2019) |
| 01/10/2020 | 31 | NOTICE (Produce) by Mark Thomas Dublino. Received for docketing on 1/23/2020. (BK) (Entered: 01/24/2020) |
| 05/04/2020 | 34 | Letter from Mark Dublino, dated 4/27/2020, to Clerk of Court (TF) (Entered: 05/04/2020) |
| 05/11/2020 | 35 | Letter from Mark Dublino, dated 5/8/2020. (Attachments: # 1 Exhibit) (BK) (Entered: 05/11/2020) |
| 06/08/2020 | | A copy of the Pro Se Guidelines and cases Hendricks v Coughlin and Hodge v Police Officers have been mailed to the Plaintiff at Auburn Correctional. (BK) (Entered: 06/08/2020) |
| 06/08/2020 | 37 | SCHEDULING/CASE MANAGEMENT ORDER (Please Note: This docket text may not contain the entire contents of the attached Order. It is your responsibility to read the attached Order and download it for future reference. Direct any questions to the Chambers of the Judge who entered this Order.) Mandatory Disclosures due by 2/29/2020. Motions to Join Parties/Amend Pleadings due by 3/31/2020. Plaintiff Expert Witness ID due by 7/17/2020. Defendant Expert Witness ID due by 8/17/2020. Discovery completed by 10/30/2020. Motions to Compel Discovery due by 11/27/2020. Dispositive Motions due by 12/18/2020.. Signed by Hon. Mark W. Pedersen on 6/8/20. Copy of this NEF and order mailed to pro se plaintiff at Auburn.(KAP) (Entered: 06/08/2020) |
| 06/09/2020 | 38 | ORDER TO PRODUCE PLAINTIFF FOR VIDEO EBT. Signed by Hon. Mark W. Pedersen on 6/9/2020. Copy of NEF and Order mailed to plaintiff.(JB) (Entered: 06/09/2020) |
| 06/10/2020 | 39 | Letter Request from Mark Dublino, dated 6/4/2020. (BK) (Entered: 06/10/2020) |
| 06/23/2020 | 40 | ORDER denying 17 Motion to Appoint Counsel. Signed by Hon. David G. Larimer on 6/23/2020. (BK) (Entered: 06/23/2020) |
| 06/24/2020 | | A copy of 40 Order has been mailed to the Plaintiff at Auburn Correctional. (BK) (Entered: 06/24/2020) |
| 06/26/2020 | 42 | DECISION AND ORDER re ECF No. 39 . Signed by Hon. Mark W. Pedersen on 6/25/2020. Copy of NEF and order mailed to plaintiff. (JB) (Entered: 06/26/2020) |
| 07/15/2020 | 44 | MOTION to Amend 1 Complaint, MOTION for Extension of Time to Complete Discovery by Mark Thomas Dublino. (Attachments: # 1 Envelope)(JLV) (Entered: 07/15/2020) |
| 07/16/2020 | 45 | ORDER: Starting on June 10, 2020, all discovery deadlines are extended by 30 days, to allow Plaintiff to review discovery. Signed by Hon. Mark W. Pedersen on 7/8/2020. (JB) (Entered: 07/16/2020) |
| 08/03/2020 | 46 | Letter Request from Mark Dublino, dated 7/20/2020. (BK) (Entered: 08/03/2020) |
| 08/04/2020 | 47 | TEXT ORDER denying 44 Motion to Amend or Correct; granting 44 Motion for Extension of Time to Complete Discovery. Plaintiff has failed to comply with WDNY Local Rule of Civil Procedure 15 which requires that he attach a proposed amended |

| | | |
|---|---|---|
| | | complaint to his motion to amend. The Court previously granted Plaintiff's motion for an extension of time in an Order entered on July 16, 2020, ECF No. 45 . All discovery deadlines, except for Plaintiff's deposition scheduled for August 6, 2020, were extended 30 days from June 10, 2020. Accordingly, discovery ended on July 10, 2020, with the exception of Plaintiff's deposition, scheduled for August 6, 2020. Signed by Hon. Mark W. Pedersen on 8/4/20.(Pedersen, Mark)<br><br>–CLERK TO FOLLOW UP– (Entered: 08/04/2020) |
| 08/04/2020 | 48 | TEXT ORDER: Case Management Teleconference set for 8/12/2020 at 2:00 PM before Hon. Mark W. Pedersen. Parties are directed to call 877−402−9753 from a landline telephone, and enter access code 7137484 at the scheduled date and time. The Court will contact Auburn Correctional Facility to facilitate the phone call with plaintiff. Signed by Hon. Mark W. Pedersen on 8/4/2020. Copy of Order mailed to plaintiff.(JB) (Entered: 08/04/2020) |
| 08/21/2020 | 49 | Letter Request from Mark Dublino, dated 8/12/2020. (BK) (Entered: 08/21/2020) |
| 09/08/2020 | 50 | Letter from Mark Dublino dated 9/2/2020 to Clerk of Court (Attachments: # 1 Envelope) (LMD) (Entered: 09/09/2020) |
| 09/17/2020 | 51 | ORDER: The Court grants Plaintiff's motion for assignment of pro bono counsel (ECF No. 49 ). The Court will seek an attorney to accept a pro bono assignment in this case for the purposes of representing Plaintiff to complete discovery, and respond to any pre−trial motion practice, including dispositive motions, but not for representation at trial. Signed by Hon. Mark W. Pedersen on 9/17/2020. (JB) (Entered: 09/17/2020) |
| 09/17/2020 | | Remark: Copy of ECF 51 mailed to plaintiff (JB) (Entered: 09/17/2020) |
| 09/30/2020 | 52 | First MOTION for Extension of Time to Complete Discovery *and file a dispositive motion* by Justin Biegaj, Cross, Robert Dee, Frank Gelster, P. Giardina, Robinson, Brian Thompson, Shawn Wilson. (Attachments: # 1 Exhibit Transcript)(Molisani, Erin) (Entered: 09/30/2020) |
| 10/07/2020 | 54 | ORDER APPOINTING PRO BONO COUNSEL: It is hereby ordered that Steven V. Modica, Esq., of the Modica Law Firm 2430 Ridgeway Ave., Rochester, NY 14626, is assigned *pro bono*, to represent Mark Dublino faithfully and diligently in this case for the limited purpose of completing discovery and pre−trial motion practice, including response to dispositive motions. (ECF No. 51 ). The Clerk of Court shall send a copy of this Order to Steven V. Modica, along with the Court's Guidelines Governing the Reimbursement from the District Court Fund of Expenses Incurred by Court Appointed Counsel. Signed by Hon. Mark W. Pedersen on 10/5/2020. Copy of NEF and Order mailed to Plaintiff.(JB)<br><br>–CLERK TO FOLLOW UP– (Entered: 10/07/2020) |
| 10/08/2020 | | Copy of Doc. No. 54 Order and Court's Guidelines Governing the Reimbursement from the District Court Fund of Expenses Incurred by Court Appointed Counsel sent to Steven V. Modica, Esq. (JLV) (Entered: 10/08/2020) |
| 10/09/2020 | 55 | SCHEDULING/CASE MANAGEMENT ORDER (Please Note: This docket text may not contain the entire contents of the attached Order. It is your responsibility to read the attached Order and download it for future reference. Direct any questions to the Chambers of the Judge who entered this Order.) Discovery completed by 2/1/2021. Motions to Compel Discovery due by 3/1/2021. Dispositive Motions due by 4/1/2021. Signed by Hon. Mark W. Pedersen on 10/6/2020. (JB) (Main Document 55 replaced on 10/15/2020) (KAP). (Entered: 10/09/2020) |
| 10/09/2020 | | E−Filing Notification: Replaced document with corrected order. 55 SCHEDULING/CASE MANAGEMENT ORDER (KAP) (Entered: 10/15/2020) |
| 11/02/2020 | 56 | Letter from Mark Dublino, dated 10/29/2020, updating his address from Auburn Correctional to Wende Correctional. (BK) (Entered: 11/06/2020) |
| 11/02/2020 | 57 | Letter Request from Mark Dublino, dated 10/26/2020. (BK) (Entered: 11/06/2020) |
| 11/09/2020 | 58 | LETTER AND NOTICE of Change of Address by Mark Dublino. Plaintiff's address changed to: Mark Dublino, 18−B−0793, WENDE CORRECTIONAL FACILITY, |

| | | |
|---|---|---|
| | | Box 1187, Alden, NY 14004–1187. (Attachments: # 1 Envelope) (JHF) (Entered: 11/10/2020) |
| 12/03/2020 | 59 | MOTION for Extension of Time to Complete Discovery by Mark Thomas Dublino.(Modica, Steven) (Entered: 12/03/2020) |
| 01/12/2021 | 60 | TEXT ORDER granting 59 Motion for Extension of Time to Complete Discovery. Amended Scheduling Order to be issued. Signed by Hon. Mark W. Pedersen on 1/12/2021. (JB) (Entered: 01/12/2021) |
| 01/22/2021 | 61 | AMENDED SCHEDULING/CASE MANAGEMENT ORDER (Please Note: This docket text may not contain the entire contents of the attached Order. It is your responsibility to read the attached Order and download it for future reference. Direct any questions to the Chambers of the Judge who entered this Order.) Discovery completed by 5/1/2021. Motions to Compel Discovery due by 6/1/2021. Dispositive Motions due by 7/1/2021. Signed by Hon. Mark W. Pedersen on 1/22/2021. (JB) (Entered: 01/22/2021) |
| 01/22/2021 | | Remark: ECF 61 mailed to pro se Plaintiff Mark Thomas Dublino at 18–B–0793 WENDE CORRECTIONAL FACILITY Box 1187 Alden, NY 14004–1187 (JB) (Entered: 01/22/2021) |
| 03/04/2021 | 62 | Letter from Mark Thomas Dublino, dated 3/1/21, to Judge Pedersen. (Attachments: # 1 Envelope) (JHF) (Entered: 03/04/2021) |
| 03/08/2021 | 63 | REPLY/RESPONSE to re 62 Letter filed by Mark Thomas Dublino. (Modica, Steven) (Entered: 03/08/2021) |
| 03/11/2021 | 64 | TEXT ORDER: Depositions will be conducted on April 12–15, 2021, and Mr. Dublino should not ask questions or otherwise interrupt the testimony. SO ORDERED. Signed by Hon. Mark W. Pedersen on 3/11/2021. (JB) (Entered: 03/11/2021) |
| 03/11/2021 | 65 | ORDER TO PRODUCE PLAINTIFF FOR VIDEO EBT. Signed by Hon. Mark W. Pedersen on 3/11/2021. (JB) (Entered: 03/11/2021) |
| 03/11/2021 | | Remark: Copies of ECF 64 and 65 mailed to Plaintiff (JB) (Entered: 03/11/2021) |
| 03/15/2021 | 66 | Letter Request from Mark Dublino, dated 3/11/2021. (BK) (Entered: 03/16/2021) |
| 03/31/2021 | 67 | MOTION for Extension of Time to File by Mark Thomas Dublino. (BK) (Entered: 04/02/2021) |
| 04/05/2021 | 68 | Second MOTION for Extension of Time to Complete Discovery by Mark Thomas Dublino.(Modica, Anne) (Entered: 04/05/2021) |
| 04/08/2021 | 69 | TEXT ORDER granting 68 Motion for Extension of Time to Complete Discovery. Amended scheduling order to follow. Signed by Hon. Mark W. Pedersen on 4/8/21. (KAP) (Entered: 04/08/2021) |
| 04/08/2021 | 70 | AMENDED SCHEDULING/CASE MANAGEMENT ORDER (Please Note: This docket text may not contain the entire contents of the attached Order. It is your responsibility to read the attached Order and download it for future reference. Direct any questions to the Chambers of the Judge who entered this Order.) Discovery completed by 7/1/2021. Motions to Compel Discovery due by 8/2/2021. Dispositive Motions due by 9/3/2021.. Signed by Hon. Mark W. Pedersen on 4/8/21. (KAP) (Entered: 04/08/2021) |
| 06/04/2021 | 71 | MOTION for Extension of Time to Complete Discovery by Justin Biegaj, Cross, Robert Dee, Frank Gelster, P. Giardina, Robinson, Brian Thompson, Shawn Wilson.(Molisani, Erin) (Entered: 06/04/2021) |
| 06/10/2021 | 72 | TEXT ORDER granting 71 Motion for Extension of Time to Complete Discovery. Amended scheduling order to follow. Signed by Hon. Mark W. Pedersen on 6/10/21. (KAP) (Entered: 06/10/2021) |
| 06/10/2021 | 73 | AMENDED SCHEDULING/CASE MANAGEMENT ORDER (Please Note: This docket text may not contain the entire contents of the attached Order. It is your responsibility to read the attached Order and download it for future reference. Direct any questions to the Chambers of the Judge who entered this Order.) Discovery |

| | | |
|---|---|---|
| | | completed by 8/2/2021.. Signed by Hon. Mark W. Pedersen on 6/20/21. (KAP) (Entered: 06/10/2021) |
| 08/11/2021 | 74 | MOTION for Extension of Time to File *motion to compel and summary judgment* by Justin Biegaj, Cross, Robert Dee, Frank Gelster, P. Giardina, Robinson, Brian Thompson, Shawn Wilson.(Molisani, Erin) (Entered: 08/11/2021) |
| 08/11/2021 | 75 | TEXT ORDER granting 74 Motion for Extension of Time to File. Any motion to compel discovery to be filed by 10/1/2021. Dispositive motions due 10/29/2021. SO ORDERED. Signed by Hon. Mark W. Pedersen on 8/11/2021. (JB) (Entered: 08/11/2021) |
| 08/11/2021 | | Set/Reset Scheduling Order Deadlines: Motions to Compel Discovery due by 10/1/2021. Dispositive Motions due by 10/29/2021. (JB) (Entered: 08/11/2021) |
| 09/07/2021 | 76 | DISTRICT COURT FUND REIMBURSEMENT to Steven V. Modica in the amount of $985.50. Signed by Hon. Mark W. Pedersen on 8/12/2021. (LMD) (Entered: 09/07/2021) |
| 10/08/2021 | 77 | MOTION for Summary Judgment by Justin Biegaj, Cross, Robert Dee, Frank Gelster, P. Giardina, Robinson, Brian Thompson, Shawn Wilson. (Attachments: # 1 Declaration, # 2 Exhibit A – plaintiff's deposition transcript, # 3 Exhibit B – video and affidavits of Dee and Thompson, # 4 Exhibit C – Thompson deposition transcript, # 5 Exhibit D – Gelster deposition transcript, # 6 Exhibit E – Robinson deposition transcript, # 7 Exhibit F – Giardina deposition transcript, # 8 Exhibit G – Wilson deposition transcript, # 9 Exhibit H – Biegaj deposition transcript, # 10 Exhibit I – Cross deposition transcript, # 11 Exhibit J – Dee deposition transcript, # 12 Exhibit K – Notice to Admit, # 13 Exhibit L – Response to Notice to Admit, # 14 Statement of Undisputed Facts, # 15 Memorandum in Support, # 16 Certificate of Service)(Molisani, Erin) (Entered: 10/08/2021) |
| 10/13/2021 | 78 | TEXT ORDER re 77 MOTION for Summary Judgment filed by Shawn Wilson, et al. Plaintiff's response due by 11/15/2021; replies due by 11/29/2021. Once the papers are submitted, if the Court requires argument on the motion the parties will be contacted. IT IS SO ORDERED. Signed by Hon. David G. Larimer on 10/13/21. (PR) (Entered: 10/13/2021) |
| 11/10/2021 | 79 | MOTION for Extension of Time to File Response/Reply by Mark Thomas Dublino.(Modica, Anne) (Entered: 11/10/2021) |
| 11/15/2021 | 80 | TEXT ORDER granting 79 Motion for Extension of Time to File Response/Reply re 77 MOTION for Summary Judgment. Responses due by 12/15/2021; Replies due by 12/29/2021. IT IS SO ORDERED. signed by Hon. David G. Larimer on 11/15/21. (PR) (Entered: 11/15/2021) |
| 12/15/2021 | 81 | RESPONSE in Opposition re 77 MOTION for Summary Judgment filed by Mark Thomas Dublino. (Attachments: # 1 Statement of Undisputed Facts, # 2 Certificate of Service)(Modica, Anne) (Entered: 12/15/2021) |
| 12/16/2021 | | E–Filing Notification: 79 Motion and 81 RESPONSE in Opposition, username and signature do not match (refer to Administrative Procedures Guide). In future, please file under correct username. No Action required. (RE) (Entered: 12/16/2021) |
| 12/20/2021 | 82 | REPLY to Response to Motion re 77 MOTION for Summary Judgment filed by Justin Biegaj, Cross, Robert Dee, Frank Gelster, P. Giardina, Robinson, Brian Thompson, Shawn Wilson. (Attachments: # 1 Memorandum in Support)(Molisani, Erin) (Entered: 12/20/2021) |
| 01/18/2022 | 83 | DECISION AND ORDER Defendants' motion for summary judgment 77 is granted, and the complaint is dismissed. Signed by Hon. David G. Larimer on 1/18/2022. (KAH) <br><br> –CLERK TO FOLLOW UP– (Entered: 01/18/2022) |
| 01/18/2022 | | Remark: *A copy of the Court's 1/18/2022 Decision and Order 83 sent by First Class Mail to plaintiff Mark Thomas Dublino on 1/18/2022 to his address of record.* (KAH) (Entered: 01/18/2022) |

| | | |
|---|---|---|
| 01/18/2022 | 84 | MOTION to Withdraw as Attorney *Limited Rep Completed* by Mark Thomas Dublino.(Modica, Steven) (Entered: 01/18/2022) |
| 01/19/2022 | 85 | JUDGMENT dismissing the case. Signed by Hon. David G. Larimer on 1/19/22. (RE) (Entered: 01/19/2022) |
| 01/20/2022 | 86 | TEXT ORDER granting 84 Motion to Withdraw as Attorney. Attorney Steven V. Modica terminated. IT IS SO ORDERED. Signed by Hon. David G. Larimer on 1/20/22. (PR) (Entered: 01/20/2022) |
| 01/31/2022 | 87 | MOTION for Extension of Time to File Notice of Appeal by Mark Thomas Dublino.(RE) (Entered: 01/31/2022) |
| 01/31/2022 | 88 | NOTICE OF APPEAL. No filing fee received. (RE) (Entered: 01/31/2022) |
| 01/31/2022 | 89 | CLERKS CERTIFICATE/Index filed and electronically sent to Court of Appeals (Attachments: # 1 Index)(RE) (Entered: 01/31/2022) |