Judgment in a Civil Case

## United States District Court
## WESTERN DISTRICT OF NEW YORK

MARK THOMAS DUBLINO,

                           Plaintiff,

   v.

SGT. JUSTIN BIEGAJ, et al.,

                           Defendants.

**JUDGMENT IN A CIVIL CASE**
CASE NUMBER: 19-CV-6269

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the complaint is dismissed.

Date: January 19, 2022

MARY C. LOEWENGUTH
CLERK OF COURT

By: s/Rosemarie M. Eby-Collom
    Deputy Clerk