**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**DEBRA ANN LIVINGSTON**
**CHIEF JUDGE**

**CATHERINE O'HAGAN WOLFE**
**CLERK OF COURT**

### Distribution of Instructions & Forms for Pro Se / Prisoner Parties

**Civil rights Appeal (1983 or *Bivens*) Filed**

_X__ Acknowledgment and Notice of Appearance
_X__ Docketing Notice
_X__ Docket Report
_X__ How to Appeal Your Civil Case Instructions
_X__ How to Appeal as a Pro Se Party
_X__ How to File a Civil Rights Appeal
    Challenging the Prisoner's Detention
_X__ Prisoner Authorization Notice
_X__ Prisoner Authorization Form
_X__ Form D-P
_X__ T-1080 Form
____ Financial Affidavit
_X__ Certificate of Service
_X__ Format Motion
_X__ Format Brief
_X__ Format Appendix
_X__ Pro se Scheduling Notification
_X__ Form 6 Certificate of compliance
_X__ Form 7 Declaration of Inmate Filing