## UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 22nd day of February, two thousand twenty-two,

Mark Thomas Dublino,

  Plaintiff - Appellant,

v.

Sgt. Justin Biegaj, Sgt. Robert Dee, Dep. Brian Thompson, Dep. Frank Gelster, Sgt. Cross, Sgt. Robinson, Dept. P. Giardina, Dept. P. Giardina,

  Defendants - Appellees,

C.O. Vincent Terrana,

  Defendant.

**ORDER**
Docket Number: 22-198

A notice of appeal was filed on January 31, 2022. The Appellant's Acknowledgment and Notice of Appearance Form due February 14, 2022 has not been filed. The case is deemed in default of FRAP 12(b), and LR 12.3.

IT IS HEREBY ORDERED that the appeal will be dismissed effective March 15, 2022 if the Acknowledgment and Notice of Appearance Form is not filed by that date.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court