UNITED STATES COURT OF APPEALS
for the
SECOND CIRCUIT

_____

  At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 22nd day of February, two thousand twenty-two,

_____

| | |
|---|---|
| Mark Thomas Dublino, | **ORDER** <br> Docket Number: 22-198 |
|   Plaintiff - Appellant, | |
| v. | |
| Sgt. Justin Biegaj, Sgt. Robert Dee, Dep. Brian Thompson, Dep. Frank Gelster, Sgt. Cross, Sgt. Robinson, Dept. P. Giardina, Dept. P. Giardina, | |
|   Defendants - Appellees, | |
| C.O. Vincent Terrana, | |
|   Defendant. | |

_____

  A notice of appeal was filed on January 31, 2022. Appellant's Form D-P was due February 14, 2022. The case is deemed in default.

  IT IS HEREBY ORDERED that the appeal will be dismissed effective March 15, 2022 if the form is not filed by that date.

               For The Court:
               Catherine O'Hagan Wolfe,
               Clerk of Court