## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Dublino v. Biegaj                              Docket No.: 22-198

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Erin E. Molisani

Firm: Erie County Attorney's Office

Address: 95 Franklin Street, Room 1634, Buffalo, New York 14202

Telephone: (716) 858-2216                    Fax: (716) 858-2281

E-mail: erin.molisani@erie.gov

Appearance for: Biegaj, Dee, Thompson, Gelster, Cross, Robinson, Giardina and Wilson
                                          (party/designation)

Select One:

[✔] Substitute counsel (replacing lead counsel: Thomas J. Navarro, Jr., Esq.                    )
                                          (name/firm)

[ ] Substitute counsel (replacing other counsel:                              )
                                          (name/firm)

[ ] Additional counsel (co-counsel with:                              )
                                          (name/firm)

[ ] Amicus (in support of:                              )
                                          (party/designation)

### CERTIFICATION

I certify that:

[ ] I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed

my admission on _____ OR

[✔] I applied for admission on 1/4/22                              .

Signature of Counsel: s/ Erin E. Molisani

Type or Print Name: Erin E. Molisani

## CERTIFICATE OF SERVICE

I hereby certify that on February 22, 2022, I mailed the foregoing letter and Notice of Appearance for Substitute Counsel by United States Postal Service, to the following non-CM/ECF participant at the following address, which is his last known address:

Mark Dublino
18-B-0793
Wende Correctional Facility
3040 Wende Road
Alden, New York 14004

I further hereby certify that on February 22, 2022, I electronically filed the foregoing Notice of Appearance for Substitute Counsel with the clerk of the United States Circuit Court for the Second Circuit using its CM/ECF system.

DATED:     Buffalo, New York
           February 22, 2022                   **MICHAEL A. SIRAGUSA, ESQ.**
                                               *Erie County Attorney*

                                               By: */s/ Erin E. Molisani*
                                               Erin E. Molisani
                                               Assistant County Attorney
                                               95 Franklin Street, Room 1634
                                               Buffalo, New York 14202
                                               Telephone: (716) 858-2216
                                               Email: erin.molisani@erie.gov