

## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: __DUBLINO v. BIEGAJ et. all.__   Docket No.: __22-198__

Lead Counsel of Record (name/firm) or Pro se Party (name): __"PRO SE" MARK THOMAS DUBLINO__

Appearance for (party/designation): none

### DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

Caption as indicated is:
- ☐ Correct
- ☒ Incorrect.  See attached caption page with corrections.

**ATTACHMENT**

**C.O||||TERRANA; SHOULD NOT BE LISTED AS A DEFENDANT.**

Appellate Designation is:
- ☒ Correct
- ☐ Incorrect.  The following parties do not wish to participate in this appeal:
  Parties: _____
- ☐ Incorrect.  Please change the following parties' designations:
  Party              Correct Designation

Contact Information for Lead Counsel/Pro Se Party is:
- ☒ Correct
- ☐ Incorrect or Incomplete.  As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name: _____
Firm: _____
Address: _____
Telephone: _____   Fax: _____
Email: _____

RECEIVED 2022 MAR -7 PM 3:50 U.S. CLERK'S OFFICE COURT OF APPEALS

### RELATED CASES

- ☒ This case has not been before this Court previously.
- ☐ This case has been before this Court previously.  The short title, docket number, and citation are: _____

- ☐ Matters related to this appeal or involving the same issue have been or presently are before this Court.  The short titles, docket numbers, and citations are: _____

### CERTIFICATION

I certify that ☐ I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on _____ OR that ☐ I applied for admission on _____ or renewal on _____.  If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: _____
Type or Print Name: _____
  OR
Signature of pro se litigant: _/s/ Mark Dublino_
Type or Print Name: __MARK THOMAS DUBLINO__
- ☒ I am a pro se litigant who is not an attorney.
- ☐ I am an incarcerated pro se litigant.

UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

MARK THOMAS DUBLINO;
    PLAINTIFF-APPELLANT
v.

SGT. JUSTIN BIEGAJ et. all
    DEFENDANTS-APPELLEES

**CERTIFICATE OF SERVICE***

Docket Number: 22-198

I, **MARK DUBLINO** (print name), hereby certify under penalty of perjury that on **FEBUARY 19th 2022** (date), I served a copy of **APPEAL TO U.S. COURT OF APPEALS FOR THE SECOND SIRCUT**

(list all documents)

by (select all applicable)**

___ Personal Delivery     **XX** United States Mail     ___ Federal Express or other Overnight Courier

___ Commercial Carrier     ___ E-Mail (on consent)

on the following parties:

| Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| UNITED STATES COURT OF APPEALS; | U.S. COURTHOUSE; | FOLEY SQUARE; | NEW YORK; N.Y. | 10007 |
| | DEPARTMENT OF LAW; 95 FRANKLIN ST.; RM 1634; | BUFFALO; | NEW YORK | 14202 |
| THOMAS J. NAVARRO esq. | | | | |
| | | | | |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

**FEBUARY 19th 2022**
Today's Date

Signature

Certificate of Service Form (Last Revised 12/2015)

ATTACHMENT

CORRECTED CAPTION

MARK THOMAS DUBLINO;

    PLAINTIFF-APPELLANT

        v.

SGT. BIEGAJ; SGT. ROBERT DEE;
SGT. CROSS; DEP. BRIAN THOMPSON;
DEP. FRANK GELSTER; SGT. ROBINSON;
DEP. P. GIARDINA

    DEFENDANT-APPELLEES

**WENDE CORRECTIONAL FACILITY**
Wende Rd., P.O. Box 1187
Alden, New York 14004-1187

NAME: MARK DUBLINO    DIN: 18-B-0793

WENDE ★ CORRECTIONAL FACILITY

NEOPOST
03/03/2022
US POSTAGE $000.73⁰
FIRST-CLASS MAIL



ZIP 14004
041M11281621

CLERK'S OFFICE
UNITED STATES COURT OF APPEALS
U.S. COURTHOUSE - SECOND CIRCUIT
FOLEY SQUARE
NEW YORK, N.Y. 10007

**LEGAL MAIL**