# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

## CIVIL APPEAL TRANSCRIPT INFORMATION (FORM D-P)
## FOR PRO SE APPELLANTS

A PRO SE APPELLANT MUST FILE THE ORIGINAL OF THIS FORM WITH THE CLERK OF THE SECOND CIRCUIT IN ALL CIVIL APPEALS WITHIN 14 CALENDAR DAYS AFTER FILING A NOTICE OF APPEAL.



| THIS SECTION MUST BE COMPLETED BY APPELLANT | | |
|---|---|---|
| **CASE TITLE**  SEE ATTACHMENT  DUBLINO v. BIEGAJ et al | **DISTRICT**  WESTERN | **DOCKET NUMBER**  22-198 |
| | **JUDGE**  LARIMER | **APPELLANT** |
| | **COURT REPORTER** | **PRO SE APPELLANT**  MARK THOMAS DUBLINO |

| | |
|---|---|
| Check the applicable provision:<br><br>☐ I am ordering a transcript.<br><br>☒ I am not ordering a transcript<br><br>Reason for not ordering a transcript:<br><br>☒ Copy is already available<br><br>☐ No transcribed proceedings<br><br>☐ Other (Specify in the space below): | **PROVIDE A DESCRIPTION, INCLUDING DATES, OF THE PROCEEDINGS FOR WHICH A TRANSCRIPT IS REQUIRED** (*i.e.*, oral argument, order from the bench, etc.)<br><br><br><br>**METHOD OF PAYMENT**   ☐ Funds   ☐ CJA Voucher (CJA 21) |
| **INSTRUCTIONS TO COURT REPORTER:**<br><br>☐ PREPARE TRANSCRIPT OF PRE-TRIAL PROCEEDINGS<br><br>☐ PREPARE TRANSCRIPT OF TRIAL<br><br>☐ PREPARE TRANSCRIPT OF OTHER POST-TRIAL PROCEEDINGS<br><br>☐ OTHER (Specify in the space below): | **DELIVER TRANSCRIPT TO: (APPELLANT'S NAME, ADDRESS, TELEPHONE)** |

| I certify that I have made satisfactory arrangements with the court reporter for payment of the cost of the transcript. *See* **FRAP 10(b). I understand that unless I have already ordered the transcript, I shall order its preparation at the time required by FRAP and the Local Rules.** | |
|---|---|
| **APPELLANT'S SIGNATURE**  *Mark Dublino* | **DATE**  FEBUARY 19th 2022 |

| COURT REPORTER ACKNOWLEDGMENT: This section is to be completed by the court reporter. Return one copy to the Clerk of the Second Circuit. | | |
|---|---|---|
| **DATE ORDER RECEIVED** | **ESTIMATED COMPLETION DATE** | **ESTIMATED NUMBER OF PAGES** |
| **SIGNATURE OF COURT REPORTED** | | **DATE** |

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

| | |
|---|---|
| **MARK THOMAS DUBLINO;** | **CERTIFICATE OF SERVICE*** |
| **PLAINTIFF-APPELLANT** | |
| v. | Docket Number: **22-198** |
| **SGT. JUSTIN BIEGAJ et. al** | |
| **DEFENDANTS-APPELLEES** | |

I, **MARK DUBLINO**, hereby certify under penalty of perjury that
  (print name)

on **FEBUARY 19th 2022**, I served a copy of **APPEAL TO U.S. COURT OF APPEALS**
  (date)                                    **FOR THE SECOND SIRCUT**

_____ (list all documents)

by (select all applicable)**

___ Personal Delivery      **XX** United States Mail      ___ Federal Express or other
                                                              Overnight Courier

___ Commercial Carrier      ___ E-Mail (on consent)

on the following parties:

| Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| UNITED STATES COURT OF APPEALS; U.S. COURTHOUSE; FOLEY SQUARE; NEW YORK; N.Y. 10007 | | | | |

| Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| DEPARTMENT OF LAW; 95 FRANKLIN ST.; RM 1634; BUFFALO; NEW YORK 14202 | | | | |

| Name THOMAS J NAVARRO esq. | Address | City | State | Zip Code |
|---|---|---|---|---|

| Name | Address | City | State | Zip Code |
|---|---|---|---|---|

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or
proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously
filed.

**If different methods of service have been used on different parties, please complete a separate
certificate of service for each party.

**FEBUARY 19th 2022**
_____          _____
Today's Date                                Signature

Certificate of Service Form (Last Revised 12/2015)

**WENDE CORRECTIONAL FACILITY**
Wende Rd., P.O. Box 1187
Alden, New York 14004-1187

NAME: MARK DUBLINO DIN: 18-B-0793

WENDE

☆

CORRECTIONAL FACILITY

NEOPOST
03/03/2022
US POSTAGE

FIRST-CLASS MAIL
$000.73º



ZIP 14004
041M11281621

CLERK'S OFFICE
UNITED STATES COURT OF APPEALS
U.S. COURTHOUSE ~ SECOND CIRCUIT
FOLEY SQUARE
NEW YORK, N.Y. 10007

US MAILD
SENTY

LEGAL MAIL