UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 24th day of March, two thousand twenty-two,

Mark Thomas Dublino,

    Plaintiff - Appellant,

v.

Sgt. Justin Biegaj, Sgt. Robert Dee, Dep. Brian Thompson, Dep. Frank Gelster, Sgt. Cross, Sgt. Robinson, Dept. P. Giardina, Dept. Shawn Wilson,

    Defendants - Appellees,

C.O. Vincent Terrana,

    Defendant.

**ORDER**
Docket No. 22-198

A notice of appeal was filed on January 31, 2022. Appellant was notified of the requirement that a Prisoner Authorization Form must be filed with the Court, properly signed and without alteration within 45 days of the date of the notice pursuant to 28 USC § 1915(b). The Prisoner Authorization Form was due to be filed March 18, 2022.

Appellant is in default of filing the prisoner authorization form.

IT IS HEREBY ORDERED that this appeal will be dismissed effective April 14, 2022 if the Prisoner Authorization Form is not filed with the Court by that date. Any motions pending prior to the date of dismissal will be deemed moot.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

