# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

Docket Number(s): **22-198**

Motion for: **INFORMA PAUPERIS**

Caption [use short title]

**MARK THOMAS DUBLINO;**

**PLAINTIFF**

**v.**

**JUSTIN BIEGAJ; et. al.**

**DEFENDANTS**

Set forth below precise, complete statement of relief sought:

**I AM INDIGENT WITH NO FUNDS AVAILABLE.**

MOVING PARTY: **MARK THOMAS DUBLINO**   OPPOSING PARTY: **THOMAS J. NAVARRO esq.**

[X] Plaintiff  [ ] Defendant
[ ] Appellant/Petitioner  [ ] Appellee/Respondent

MOVING ATTORNEY: _____  OPPOSING ATTORNEY: _____
[name of attorney, with firm, address, phone number and e-mail]

**95 FRANKLIN ST. BUFFALO; N.Y. 14202**

Court- Judge/ Agency appealed from: **JUDGE DAVID LARIMER**

Please check appropriate boxes:

Has movant notified opposing counsel (required by Local Rule 27.1):
[X] Yes  [ ] No (explain): _____

Opposing counsel's position on motion:
[ ] Unopposed  [ ] Opposed  [XX] Don't Know
Does opposing counsel intend to file a response:
[ ] Yes  [ ] No  [XX] Don't Know

FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:
Has this request for relief been made below?  [X] Yes  [ ] No
Has this relief been previously sought in this court?  [ ] Yes  [X] No
Requested return date and explanation of emergency:

**NOT APPLICABLE**

Is oral argument on motion requested?  [ ] Yes  [XX] No  (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?  [ ] Yes  [X] No  If yes, enter date: _____

Signature of Moving Attorney: _____ Date: **2/19/22**  Service by: [ ] CM/ECF  [X] Other [Attach proof of service]

Form T-1080 (rev. 12-13)

State of New York
~~ERIE~~ County
U.S. COURT OF APPEALS Court
SECOND CIRCUIT
----------------------------------x

MARK DUBLINO
    Petitioner/Plaintiff

v

SGT. JUSTIN BIZGAJ et. al.
    Respondent/Defendant
----------------------------------x

**Affidavit in Support of Application Pursuant to CPLR 1101 (f) (Reduced Filing Fee)**
IN FORMA PAUPERIS
DOCKET # 22-198
Index/File # _____ *
DIN # 18-B-0793
~~NYSID #~~ _____

State of New York  )
                     ) SS:
County of ERIE  )

I, MARK DUBLINO, being duly sworn, hereby declare as follows:

1) I am the Petitioner/Plaintiff in the above-entitled proceeding, I am a sentenced inmate in a federal, state or local correctional facility (state place of incarceration: WENDE CORRECTIONAL FACILITY, and I submit this affidavit in support of my application for a reduction of the filing fee pursuant to CPLR 1101 (f).

2) I currently receive income from the following sources, exclusive of correctional facility wages: None

3) I own the following valuable property (other than miscellaneous personal property):

    ☒ NONE
    1)  List Property:                 Value:

4) I have no savings, property, assets or income other than as set forth herein.

*Will be assigned by the Court/County Clerk

5) I am unable to pay the total fee necessary to prosecute this procedure.
6) No other person who is able to pay the total filing fee has a beneficial interest in the result of this proceeding.
7) The facts of my case are described in my claim and other papers filed in the court.
8) I have made no prior request for this relief in this case.
9) My date of birth is DECEMBER 6TH 1963.
10) ~~NYSID~~ # DIN 18-B-0793.
11) Aliases (*if any*) N/A.

_____
(signature)

Sworn to before me this 15 day of February, 2022

_Ramona Leeper_
Notary Public

RAMONA LEEPER
NOTARY PUBLIC, STATE OF NEW YORK
QUAL. IN ERIE CO. NO. 01LE6195275
MY COMMISSION EXPIRES 10/20/2024

**AUTHORIZATION**

I, MARK DUBLINO, inmate number 18-B# 0793, request and authorize the agency holding me in custody to send to the Clerk of the Court certified copies of the correctional facility trust fund account statement (or the institutional equivalent) for the past six months.

I further request and authorize the agency holding me in custody to calculate the amounts specified by CPLR 1101 (f)(2), to deduct those amounts from my correctional facility trust fund account (or the institutional equivalent) and to disburse those amounts as instructed by the Court.

This authorization is furnished in connection with the above entitled case and shall apply to any agency into whose custody I may be transferred.

I UNDERSTAND THAT THE ENTIRE FILING FEE AS DETERMINED BY THE COURT WILL BE PAID IN INSTALLMENTS BY AUTOMATIC DEDUCTIONS FROM MY CORRECTIONAL FACILITY TRUST FUND ACCOUNT EVEN IF MY CASE IS DISMISSED.

_____
(signature)

Provide a statement that identifies the relevant facts and makes a showing of likely merit as to each issue you intend to present on appeal. See Local Rule 24.1

THE PLAINTIFF MARK DUBLINO WAS ASSAULTED BY NUMEROUS SERGEANTS

AND DEPUTIES; OF WHICH WERE CAUGHT ON SURVEILLANCE CAMERAS.

WHILE BEING HELD AT THE ERIE COUNTY HOLDING CENTER; THE TRAVEL

PATTERNS OF THE ALLEGED INCIDENT WERE NOT SAVED BY THE OFFICERS

IN OTHER AREAS OF THE FACILITY; WHEN IT WAS AVAILABLE FOR MORE

COVERAGE BY SURVEILLANCE CAMERAS. NO HEARINGS WERE HELD FOR THE

ALLEGED INCIDENT; THE PLAINTIFF HAD NO OPPORTUNITY TO EXHAUST

ANY REMEDIES OF THE ALLEGED INCIDENT; THE REAL PROBLEM THAT

EXISTS AT THE E.C.H.C. AS WELL THE DEPARTMENT OF CORRECTIONS;

NO TRANSPARENCY IS EVER PROVIDED TO AN INCARCERATED INDIVIDUAL;

THE INCARCERATION I HAVE EXPERIENCED WAS A CONSTANT STRUGGLE

AT THE E.C.H.C WHICH HAS A HISTORY OF INCIDENTS WHICH GO UN-

RESOLVED AND IN MANY CASES DEATHS THAT GET SWEPTED UNDER THE

RUG; AND THE COURTS CONTINUED TO PROVIDE THE SHIELD FOR MORE

INCIDENTS; WHEN BODY CAMERAS AND SURVEILLANCE CAMMERAS WOULD

EXPOSE THE INJUSTICE!

ATTACHMENT

CORRECTED CAPTION


MARK THOMAS DUBLINO;

    PLAINTIFF-APPELLANT

       v.

SGT. BIEGAJ; SGT. ROBERT DEE;
SGT. CROSS; DEP. BRIAN THOMPSON;
DEP. FRANK GELSTER; SGT. ROBINSON;
DEP. P. GIARDINA

    DEFENDANT-APPELLEES

# UNITED STATES DISTRICT COURT

for the

WESTERN DISTRICT OF FOR THE SECOND CIRCUIT

MARK DUBLINO,

Plaintiff

v.

SGT. JUSTIN BIEGAJ et. al.,

Defendant

Case No. 22-198

RECEIVED
2022 MAR 31 PM 3:42
U.S. COURT OF APPEALS

**AFFIDAVIT ACCOMPANYING MOTION
FOR PERMISSION TO APPEAL IN FORMA PAUPERIS**

| **Affidavit in Support of Motion** | **Instructions** |
| --- | --- |
| I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.) | Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number. |
| Signed: [signature] | Date: MARCH 23RD 2022 |

My issues on appeal are: MY RIGHT TO BE FREE FROM ASSAULT BY PRISON GUARDS AND OTHER PRISONERS; 8th AMENDMENT VIOLATION OF EXCESSIVE BAIL WAS USED AGAINST THE PETITIONER/DEFENDANT; (WITH REMAND) WHILE HOUSED IN CUSTODY ; EXCESSIVE FORCE WAS USED AGAINST THE PETITIONER (CAUGHT ON SURVEILLANCE & PHOTO||S) 14th AMEND. VIOLATION. NOTE: THE PLRA ACT WAS UNAVAILABLE TO PETITIONER FOR EXHAUSTION.

1. *For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.*

PETIONER IS NOT MARRIED

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ 0 | $ 0 N/A | $ 0 | $ 0 N/A |
| Self-employment | $ 0 | $ 0 N/A | $ 0 | $ 0 N/A |
| Income from real property (such as rental income) | $ 0 | $ 0 N/A | $ 0 | $ 0 N/A |
| Interest and dividends | $ 0 | $ 0 N/A | $ 0 | $ 0 N/A |
| Gifts | $ 0 | $ 0 N/A | $ 0 | $ 0 N/A |
| Alimony | $ 0 | $ 0 N/A | $ 0 | $ 0 N/A |
| Child support | $ 0 | $ 0 N/A | $ 0 | $ 0 N/A |
| Retirement (such as social security, pensions, annuities, insurance) | $ 0 | $ 0 N/A | $ 0 | $ 0 N/A |
| Disability (such as social security, insurance payments) | $ 0 | $ 0 N/A | $ 0 | $ 0 N/A |
| Unemployment payments | $ 0 | $ 0 N/A | $ 0 | $ 0 N/A |
| Public-assistance (such as welfare) | $ 0 | $ 0 N/A | $ 0 | $ 0 N/A |
| Other (specify): | $ 0 | $ 0 N/A | $ 0 | $ 0 N/A |
| **Total monthly income:** | $ 0 | $ 0 N/A | $ 0 | $ 0 N/A |

2. *List your employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| NONE | NONE | NONE | $ NONE |
| | | | $ |
| | | | $ |

3. *List your spouse's employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| NONE | NONE | NONE | $ NONE |
| | | | $ |
| | | | $ |

4. *How much cash do you and your spouse have?* $ 0    NOT MARRIED (MD)

   *Below, state any money you or your spouse have in bank accounts or in any other financial institution.*

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| NONE | NONE | $ NONE | $ N/A NONE |
| | | $ | $ |
| | | $ | $ |

*If you are a prisoner seeking to appeal a judgment in a civil action or proceeding, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.*

5. *List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.*

| Home | Other real estate | Motor vehicle #1 |
|---|---|---|
| (Value) $ NONE | (Value) $ NONE | (Value) $ NONE |
| | | Make and year: NONE |
| | | Model: NONE |
| | | Registration #: NONE |

| Motor vehicle #2 | Other assets | Other assets |
|---|---|---|
| (Value) $ ⊘ | (Value) $ ⊘ | (Value) $ ⊘ |
| Make and year: NONE | | |
| Model: NONE | | |
| Registration #: NONE | | |

6. *State every person, business, or organization owing you or your spouse money, and the amount owed.*

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse  NOT MARRIED |
|---|---|---|
| NONE | $ ⊘ | $ ⊘  N/A |
| | $ | $ |
| | $ | $ |
| | $ | $ |

7. *State the persons who rely on you or your spouse for support.*

| Name [or, if under 18, initials only] | Relationship | Age |
|---|---|---|
| NONE | NONE | NONE |
| | | |
| | | |

Rev. 12.1.2018

8. *Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.*

NOT MARRIED (Ktj)

| | You | Your Spouse |
|---|---|---|
| Rent or home-mortgage payment (including lot rented for mobile home)<br>Are real estate taxes included? ☒ Yes ☐ No<br>Is property insurance included? ☒ Yes ☐ No | $ ∅ | $ ∅ N/A |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ ∅ | $ ∅ N/A |
| Home maintenance (repairs and upkeep) | $ ∅ | $ ∅ N/A |
| Food | $ ∅ | $ ∅ N/A |
| Clothing | $ ∅ | $ ∅ N/A |
| Laundry and dry-cleaning | $ ∅ | $ ∅ N/A |
| Medical and dental expenses | $ ∅ | $ ∅ N/A |
| Transportation (not including motor vehicle payments) | $ ∅ | $ ∅ N/A |
| Recreation, entertainment, newspapers, magazines, etc. | $ ∅ | $ ∅ N/A |
| Insurance (not deducted from wages or included in mortgage payments) | | |
|     Homeowner's or renter's: | $ ∅ | $ ∅ N/A |
|     Life: | $ ∅ | $ ∅ N/A |
|     Health: | $ ∅ | $ ∅ N/A |
|     Motor vehicle: | $ ∅ | $ ∅ N/A |
|     Other: | $ ∅ | $ ∅ N/A |
| Taxes (not deducted from wages or included in mortgage payments) (specify): | $ ∅ | $ ∅ N/A |
| Installment payments | | |
|     Motor Vehicle: | $ ∅ | $ ∅ N/A |
|     Credit card (name): | $ ∅ | $ ∅ N/A |
|     Department store (name): | $ ∅ | $ ∅ N/A |
|     Other: | $ ∅ | $ ∅ N/A |

| | | |
|---|---|---|
| Alimony, maintenance, and support paid to others | $ ⊖ | $ ⊖ N/A |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $ ⊖ | $ ⊖ N/A |
| Other (specify): | $ ⊖ | $ ⊖ N/A |
| **Total monthly expenses:** | $ ⊖ | $ ⊖ N/A |

9. *Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?*

   ☐ Yes ☒ No    If yes, describe on an attached sheet.

10. *Have you spent - or will you be spending - any money for expenses or attorney fees in connection with this lawsuit?* ☐ Yes ☒ No

    *If yes, how much?* $

11. *Provide any other information that will help explain why you cannot pay the docket fees for your appeal.* THE PAST (6) SIX YEARS OF INCARCERATION LEFT ME INDIGENT. PRIOR TO INCARCERATION, I WORKED FOR (40) YEARS, OWNED A HOME, CAR, HAD SAVINGS AND ALL IS GONE DUE TO MY LIBERTY AND DUE PROCESS RIGHTS VIOLATED. I AM IN DIRECT APPEAL WAITING ON THE BRIEFS.

12. *State the city and state of your legal residence* WENDE CORRECTIONAL FACILITY 3040 WENDE ROAD ALDEN, NEW YORK 14004

    *Your daytime phone number:* NONE

    *Your age:* 58    *Your years of schooling:* GRADUATED HIGH SCHOOL / SOME COLLEGE

    *Last four digits of your social-security number:* 2375

Provide a statement that identifies the relevant facts and makes a showing of likely merit as to each issue you intend to present on appeal. See Local Rule 24.1

THE PLAINTIFF MARK DUBLINO WAS ASSAULTED BY NUMEROUS SERGEANTS

AND DEPUTIES, OF WHICH WERE CAUGHT ON SURVEILLANCE CAMERAS.

WHILE BEING HELD AT THE ERIE COUNTY HOLDING CENTER, THE TRAVEL

PATTERNS OF THE ALLEGED INCIDENT WERE NOT SAVED BY THE OFFICERS

IN OTHER AREAS OF THE FACILITY, WHEN IT WAS AVAILABLE FOR MORE

COVERAGE BY SURVEILLANCE CAMERAS. NO HEARINGS WERE HELD FOR THE

ALLEGED INCIDENT, THE PLAINTIFF HAD NO OPPORTUNITY TO EXHAUST

ANY REMEDIES OF THE ALLEGED INCIDENT, THE REAL PROBLEM THAT

EXISTS AT THE E.C.H.C. AS WELL THE DEPARTMENT OF CORRECTIONS,

NO TRANSPARENCY IS EVER PROVIDED TO AN INCARCERATED INDIVIDUAL,

THE INCARCERATION I HAVE EXPERIENCED WAS A CONSTANT STRUGGLE

AT THE E.C.H.C., WHICH HAS A HISTORY OF INCIDENTS WHICH GO UN-

RESOLVED AND IN MANY CASES DEATHS THAT GET SWEPTED UNDER THE

RUG, AND THE COURTS CONTINUE TO PROVE THE SHIELD FOR MORE

INCIDENTS, WHEN BODY CAMERAS AND SURVEILLANCE CAMMERAS WOULD

EXPOSE THE INJUSTICE.

Sample Format

VERIFICATION

STATE OF NEW YORK )
                  ) SS:
COUNTY OF ERIE    )

I MARK DUBLINO, BEING DULY SWORN, DEPOSES AND SAYS: THAT HE IS THE PETITIONER IN THE WITHIN ACTION; THAT HE HAS READ THE FOREGOING PETITION AND KNOWS THE CONTENTS THEREOF; THAT THE SAME IS TRUE TO DEPONENT'S OWN KNOWLEGE EXCEPT AS TO MATTERS STATED TO BE ALLEGED ON THE INFORMATION AND BELIEF AND AS TO MATTERS; DEPONENT BELIEVES IT TO BE TRUE.

_____
MARK DUBLINO; 18-B-0793
WENDE CORRECTIONAL FACILITY
3040 WENDE ROAD
ALDEN; NEW YORK 14004

SWORN TO BEFORE ME ON THIS
23 DAY OF March 2022

_____
NOTARY

Benjamin A. Wilson
Notary Public, State of New York
Reg. No. 01WI6298376
Qualified in Erie County
Commission Expires 3/10/2022

# **AFFIDAVIT OF SERVICE**

STATE OF NEW YORK )
                       )ss.:
COUNTY OF ERIE )

I, MARK DUBLINO, swear under the penalty of perjury that:

On the 23 day of MARCH, 20 22, I placed and submitted a true and exact copy of the following documents: DOCKET # 22-198    DISTRICT DOCKET# 19-cv-6469

1. (FRAP: SUPPORTING PAPERS FOR MOTION (AFFIDAVIT)
2. SECOND CIRCUT PRISONER AUTHORIZATION FORM

in a properly sealed post-paid wrapper, and deposited same in an official depository, designated for outgoing mail at the Wende Correctional Facility, to be delivered by the United States Postal Service to the following parties:

| | |
|---|---|
| UNITED STATES COURT OF APPEALS | DEPARTMENT OF LAW |
| U.S. COURTHOUSE, FOLEY SQUARE | THOMAS J. NAVARRO esq. |
| CLERK OF COURT | 95 FRANKLIN STREET   RM. 1634 |
| NEW YORK, N.Y. 10007 | BUFFALO, NEW YORK 14202 |

Sworn to before me this
23 day of March, 2022

Respectfully submitted,

MARK DUBLINO     Pro se
DIN. 18-B-0793
Wende Correctional Facility
3040 Wende Road
Alden, New York 14004-1187

NOTARY PUBLIC

Benjamin A. Wilson
Notary Public, State of New York
Reg. No. 01WI6298376
Qualified in Erie County
Commission Expires 3/10/2026

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

**CERTIFICATE OF SERVICE***

MARK THOMAS DUBLINO;
    PLAINTIFF-APPELLANT

Docket Number: 22-198

v.

SGT. JUSTIN BIEGAJ et. all
    DEFENDANTS-APPELLEES

I, __MARK DUBLINO__, hereby certify under penalty of perjury that
   (print name)

on __FEBUARY 19th 2022__, I served a copy of __APPEAL TO U.S. COURT OF APPEALS FOR THE SECOND SIRCUT__
   (date)

(list all documents)

by (select all applicable)**

___ Personal Delivery     **XX** United States Mail     ___ Federal Express or other Overnight Courier

___ Commercial Carrier     ___ E-Mail (on consent)

on the following parties:

| Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| UNITED STATES COURT OF APPEALS; | U.S. COURTHOUSE; FOLEY SQUARE; | NEW YORK; | N.Y. | 10007 |
| | DEPARTMENT OF LAW; 95 FRANKLIN ST.; RM 1634; | BUFFALO; | NEW YORK | 14202 |
| THOMAS J. NAVARRO esq. | | | | |
| | | | | |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

__FEBUARY 19th 2022__
Today's Date

_signature_
Signature

Certificate of Service Form (Last Revised 12/2015)

**WENDE CORRECTIONAL FACILITY**
Wende Rd., P.O. Box 1187
Alden, New York 14004-1187

NAME: MARK DUBLINO  DIN: 18-B-0793

WENDE ★ CORRECTIONAL FACILITY



NEOPOST
03/28/2022
US POSTAGE $000.73⁰

FIRST-CLASS MAIL

ZIP 14004
041M11281621

UNITED STATES COURT OF APPEALS
CLERK OF COURT
U.S. COURTHOUSE
FOLEY SQUARE
NEW YORK, N.Y. 10007

LEGAL MAIL

1000781501