UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 14th day of May, two thousand twenty-two,

_____

Mark Thomas Dublino,

    Plaintiff - Appellant,

v.

Sgt. Justin Biegaj, Sgt. Robert Dee, Dep. Brian Thompson, Dep. Frank Gelster, Sgt. Cross, Sgt. Robinson, Dept. P. Giardina, Dept. Shawn Wilson,

    Defendants - Appellees,

C.O. Vincent Terrana,

    Defendant.
_____

**ORDER**
Docket No. 22-198

Appellant's Mark Thomas Dublino submission of a Prisoner Litigation Reform Act Authorization form does not comply with the Court's prescribed filing requirements. Despite due notice, the defect has not been cured.

IT IS HEREBY ORDERED that the said Prisoner Litigation Reform Act Authorization form is stricken from the docket.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court