**United States Court of Appeals for the Second Circuit**
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

| | |
|---|---|
| **DEBRA ANN LIVINGSTON**<br>CHIEF JUDGE | **CATHERINE O'HAGAN WOLFE**<br>CLERK OF COURT |
| Date: May 05, 2022<br>Docket #: 22-198pr<br>Short Title: Dublino v. Biegaj | DC Docket #: 19-cv-6269<br>DC Court: WDNY (ROCHESTER)<br>DC Judge: Larimer<br>DC Judge: Pedersen |

**NOTICE OF CASE MANAGER CHANGE**

The case manager assigned to this matter has been changed.

Inquiries regarding this case may be directed to 212-857-8522.