UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007  Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

Docket Number(s): 22-198

Motion for: reinstate appeal

Caption [use short title]

MARK THOMAS DUBLINO
    PLAINTIFF-APPELLANT
v.
SGT. JUSTIN BIEGAJ; et.all.
    DEFENDANTS-APPELLEES

Set forth below precise, complete statement of relief sought:
ON MARCH 9th 2018; TWELVE DEPUTIES AND SERGEANTS AT THE ERIE COUNTY HOLDING CENTER ASSAULTED THE PLAINTIFF BY USING EXCESSIVE FORCE; A CONSTITUTIONAL VIOLATION; WHEN IN THIER CARE AND CUSTODY. BEFORE SENTENCING. THE INCIDENT WAS ON VIDEO & BY PHOTOGRAPHS. RELIEF TO BE DETERMINED AT A JURY TRIAL.

MOVING PARTY: MARK THOMAS DUBLINO    OPPOSING PARTY: DEPARTMENT OF LAW; BY ERIN MOLISANI esq.

[xx] Plaintiff     [ ] Defendant
[ ] Appellant/Petitioner     [ ] Appellee/Respondent

MOVING ATTORNEY: NOT APPLICABLE (PRO SE)   OPPOSING ATTORNEY: ERIN MOLISANI esq.
[name of attorney, with firm, address, phone number and e-mail]
MARK DUBLINO; DIN 18-B-0793
WENDE CORRECTIONAL FACILITY
3040 WENDE ROAD; ALDEN; NY 14004

DEPARTMENT OF LAW
95 FRANKLIN STREET  ROOM 1634
BUFFALO; NEW YORK  14202

Court- Judge/ Agency appealed from: UNITED STATES DISTRICT COURT; WESTERN DISTRICT; JUDGE DAVID LARIMER

Please check appropriate boxes:

Has movant notified opposing counsel (required by Local Rule 27.1):
[X] Yes  [ ] No (explain): MAILED BY US POSTAGE

Opposing counsel's position on motion:
[ ] Unopposed  [X] Opposed  [ ] Don't Know
Does opposing counsel intend to file a response:
[ ] Yes  [ ] No  [X] Don't Know

FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:
Has this request for relief been made below?   [ ] Yes [X] No
Has this relief been previously sought in this court?  [ ] Yes [X] No
Requested return date and explanation of emergency:

Is oral argument on motion requested?  [ ] Yes [X] No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?  [ ] Yes [X] No  If yes, enter date:

Signature of Moving Attorney:
_____ Date: MAY 21ST 2022  Service by: [ ] CM/ECF  [X] Other [Attach proof of service]

WITH VERIFICATION NOTARIZED

Form T-1080 (rev.12-13)

## EXPLANATION OF REASON

ON MARCH 9th 2018; WHILE THE PLAINTIFF WAS HOUSED AT THE ERIE COUNTY HOLDING THE PLAINTIFFS CONSTITUTIONAL RIGHTS WERE VIOLATED; WHEN THE PLAINTIFF WAS ASSAULTED AND EXCESSIVE FORCE WAS USED ON THE PLAINTIFF.

ON VIDEO SURVEILLANCE AND PHOTOGRAPHS; A MINIUNUM OF AT LEAST TWELVE DEPUTIES AND SERGEANTS USED EXCESSIVE FORCE BY RESPONDING TO AN ALLEGED INCIDENT. THE PLAINTIFF NEVER RESISTED; WHILE OFFICERS STOMPED; KICKED AND SHOVED THE PLAINTIFF. THEY USED HAND CUFFS AS A WEAPON WHILE NEARLY SUFFOCATING A DEFENSELESS PLAINTIFF. THE FIRST OFFICER AT THE SCENE USED EXCESSIVE FORCE AND LOST CONTROL OF HIS SECURITY DOG (K-9) THAT BITE THE PLAINTIFF WHILE IN A DEFENSELESS POSITION; AND DID NOTHING TO INSTRUCT THE OTHER ARRIVING OFFICERS; THAT I DID NOT RESIST AND WAS IN THE PRONE POSITION LYING DOWN ALREADY (FACE TO THE FLOOR) THE EXCESSIVE FORCE CONTINUED ON THE WAY TO THE INFIRMARY AND IN THE INFIRMARY.

OTHER AVAILABLE VIDEO SURVEILLANCE WAS AVAILABLE THROUGH THE CORRIDORS AND ELEVATORS; BUT WAS NOT SAVED. NO INTERNAL HEARINGS WERE HELD FOR THE ALLEDGED INCIDENT. NO MEDICAL X-RAYS WERE TAKEN OR MEDICAL ATTENTION TO THE DOG BITE.

THE PLAINTIFF HAD NO OPPORTUNITIES TO EXHAUST THIS SPECIFIC INCIDENT; WHILE IN THE SPECIAL HOUSING UNITS UNTIL MARCH 23rd 2018; WHEN THE PLAINTIFF WAS RELOCATED TO THE ELMIRA CORRECTIONAL FACILITY.

THIS IS TO THE BEST OF MY KNOWLEDGE OF WHAT TOOK PLACE AND IS TRUE AND CORRECT.

RESPECTFULLY SUBMITTED;

*[signature]*

MARK DUBLINO ; DIN 18-B-0793
WENDE CORRECTIONAL FACILITY
3040 WENDE ROAD
ALDEN; NEW YORK 14004

# **VERIFICATION**

STATE OF NEW YORK ) ss:
COUNTY OF ERIE )

_MARK DUBLINO_, being duly sworn, deposes and says that he is the Petitioner in the within proceeding; that he has read the foregoing Petition and knows the contents thereof; that the same is true to his knowledge, except as to the matters therein stated to be alleged on information and belief, and that as to those matters, he believed them to be true.

MAY 21st 2022

_[signature]_

MARK DUBLINO; DIN 18-B-0793
Petitioner
WENDE CORRECTIONAL FACILITY
3040 WENDE ROAD
ALDEN; NEW YORK 14004-1187

Submitted and sworn to before me

this 21 day of May 20 22

_[signature]_
Notary Pubic

Charlene C. Hulett
Notary Public, State of New York
No. 01HU6391978
Qualified in Erie County
My commission expires May 20, 2023

2

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

MARK THOMAS DUBLINO
    PLAINTIFF-APPELLANT
              v.
SGT. JUSTIN BIEGAJ; SGT. ROBERT DEE
DEP. BRIAN THOMPSON; DEP. FRANK GELSTER;
SGT. CROSS; SGT. ROBINSON; DEP. SHAWN
WILSON; DEP. P. GIARDINA

**CERTIFICATE OF SERVICE***

Docket Number: **22-198**

I, __MARK DUBLINO__, hereby certify under penalty of perjury that
     (print name)
on __MAY 21st 2022__, I served a copy of **motion to reinstate appeal**
     (date)
MOTION INFORMATION (REINSTATE APPEAL) EXPLANATION OF REASON STATEMENT & VERIFICATION
     (list all documents)

by (select all applicable)**

___ Personal Delivery     **XX** United States Mail     ___ Federal Express or other Overnight Courier

___ Commercial Carrier     ___ E-Mail (on consent)

on the following parties:

| Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| Erin Molisani | 95 Franklin Street, Room 1634 | Buffalo | NY | 14202 |
| CLERK OF COURT; UNITED STATES COURT OF APPEALS; 40 FOLEY SQUARE; NEW YORK; NY 10007 | | | | |
| | | | | |
| | | | | |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

__MAY 21st 2022__            __[signature]__
Today's Date                                       Signature

Certificate of Service Form (Last Revised 12/2015)

**WENDE CORRECTIONAL FACILITY**
Wende Rd., P.O. Box 1187
Alden, New York 14004-1187

NAME: Mark Osolind    DIN: 18-B-0093

LEGAL MAIL
4 pgs.

CLERK OF COURT
UNITED STATES COURT OF APPEALS
40 FOLEY SQUARE
NEW YORK, N.Y. 10007

NEOPOST
05/27/2022
US POSTAGE $000.53⁰
ZIP 14004
041M11281621

FIRST-CLASS MAIL

WENDE CORRECTIONAL FACILITY

US MAIL
APPEALS
2ND CIR. N.Y.