# UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

## PRISONER AUTHORIZATION FORM



| THIS SECTION MUST BE COMPLETED BY APPELLANT | | |
|---|---|---|
| CASE TITLE:<br>MARK THOMAS DUBLINO<br><br>v.<br><br>SGT. JUSTIN BIEGAJ, etall. | USCA DOCKET NUMBER:<br>22-198 | APPELLANT:<br>MARK THOMAS DUBLINO |
| | DISTRICT: WESTERN DISTRICT<br>COURT OF NEW YORK | COUNSEL'S NAME:<br>N/A/ |
| | DISTRICT/AGENCY NUMBER:<br>19-cv-6269 | COUNSEL'S PHONE:<br>N/A |

Pursuant to 28 USC § 1915(b), I, request and authorize the institution holding me in custody to send to the Clerk of the United States Court of Appeals for the Second Circuit certified copies of my prison trust fund account statements or the institutional equivalent for the past six months.

I further request and authorize the institution holding me in custody to calculate the amounts specified by the statutes, to deduct those amounts from my prison trust fund account, or institutional equivalent, and to disburse those amounts to the United States District Court for the <u>WESTERN DISTRICT COURT OF NEW YORK</u> .

                   District Court

This authorization is furnished in connection with the above numbered and entitled case and shall apply to any institution into whose custody I may be transferred.

**I UNDERSTAND THAT THE COURT OF APPEALS FILING FEE OF $505 WILL BE PAID IN ITS ENTIRETY, IN MONTHLY INSTALLMENTS, BY AUTOMATIC DEDUCTIONS FROM MY PRISONER TRUST FUND ACCOUNT EVEN IF MY APPEAL IS DENIED OR DISMISSED.**

**THE COLLECTED FUNDS WILL BE FORWARDED AS PAYMENT UNDER § 1915 TO THE UNITED STATES DISTRICT COURT FOR THE** <u>WESTERN DISTRICT COURT OF NEW YORK</u>

                                      District Court

                                    Signature of Appellant

APRIL 22 2022

Date.

Print Name: MARK DUBLINO, DIN.18-B-0793
WENDE CORRECTIONAL FACILITY
3040 WENDE ROAD
ALDEN, NEW YORK 14004

Rev. February 25, 2014

MARK THOMAS DUBLINO,

            PLAINTIFF                  DOCKET # 22-198

       v.

SGT. JUSTIN BIEGAJ, et. al.        DISTRICT # 19-cv-6269

            DEFENDANTs

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
                ) ss
COUNTY OF ERIE    )

    I MARK DUBLINO BEING DULY SWORN: DEPOSES AND SAYS:
THAT ON THE BELOW INDICATED DATE, I SUBMITTED A TRUE COPY OF
THE FOLLOWING DOCUMENTS:

1. UNITED STATES COURT OF APPEALS, "PRISONER AUTHORIZATION FORM"

TO THE FOLLOWING PARTIES:

CLERK OF THE COURT             DEPARTMENT OF LAW
UNITED STATES COURT OF APPEALS   THOMAS J. NAVARRO, esq.
U.S. COURTHOUSE              95 FRANKLIN ST. , RM 1634
FOLEY SQUARE                BUFFALO, NEW YORK 14202
NEW YORK, N.Y. 10007

    IN A PROPERLY SEALED FACILITY PRE-PAID ENVELOPE, AND THEN
DEPOSITED INTO A DESIGNATED MAILBOX LOCATED @ WENDE CORRECTIONAL FACILITY

                        _____

                        MARK DUBLINO,  DIN. 18-B-0793
                        WENDE CORRECTIONAL FACILITY
                        3040 WENDE ROAD
SWORN TO BEFORE ME ON THIS      ALDEN, NEW YORK 14004

22 DAY OF _April_ 2022

_____
NOTARY

Benjamin A. Wilson
Notary Public, State of New York
Reg. No. 01WI6298376
Qualified in Erie County
Commission Expires 3/10/2026

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

_____

MARK THOMAS DUBLINO;
      PLAINTIFF-APPELLANT
          v.
SGT. JUSTIN BIEGAJ, et.al.
      DEFENDANTS-APPELLEES

_____

### CERTIFICATE OF SERVICE*

Docket Number: __22-198__

I, __MARK DUBLINO_____, hereby certify under penalty of perjury that
        (print name)
on __APRIL 22 2022_____, I served a copy of __UNITED STATES COURT OF APPEALS__
   (date)
__PRISONER AUTHORIZATION FORM_____
                       (list all documents)

by (select all applicable)**

___ Personal Delivery     XX_ United States Mail     ___ Federal Express or other
                                                          Overnight Courier

___ Commercial Carrier     ___ E-Mail (on consent)

on the following parties:

| Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| UNITED STATES COURT OF APPEALS, | US COURTHOUSE, FOLEY SQUARE, | NEW YORK, | N.Y. | 10007 |
| DEPARTMENT OF LAW, | THOMAS J. NAVARRO, 95 FRANKLIN ST. RM 1634, | BUFFALO, | N.Y. | 14202 |
| | | | | |
| | | | | |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

APRIL 22 2022
_____
     Today's Date

_____
        Signature

Certificate of Service Form (Last Revised 12/2015)

**WENDE CORRECTIONAL FACILITY**
Wende Rd., P.O. Box 1187
Alden, New York 14004-1187

NAME: Marc Urbino   DIN: 18-A-0793

US MAIL
RETURN MAIL
SDNY

NEOPOST   FIRST-CLASS MAIL
05/03/2022   US POSTAGE $000.53⁰

ZIP 14004
041M11281621

WENDE ☆ CORRECTIONAL FACILITY

CLERK OF THE COURT
UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
THURGOOD MARSHALL U.S. COURTHOUSE
40 FOLEY SQUARE
NEW YORK, NY. 10007

1000781500 C099

LEGAL MAIL

NEW YORK STATE
DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
OFFENDER CORRESPONDENCE PROGRAM

NAME: _____Mark Dubling_____ DIN: 18-B-0093

Printed On Recycled Paper