# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 13th day of June, two thousand twenty-two.

_____

Mark Thomas Dublino,

        Plaintiff - Appellant,

v.

Sgt. Justin Biegaj, Sgt. Robert Dee, Dep. Brian Thompson, Dep. Frank Gelster, Sgt. Cross, Sgt. Robinson, Dept. P. Giardina, Dept. Shawn Wilson,

        Defendants – Appellees.

_____

**ORDER**

Docket No. 22-198

    Appellant, pro se, moves to reinstate his appeal which was dismissed on a form default.

    IT IS HEREBY ORDERED that the motion to reinstate is GRANTED. Appellant's motion to proceed *in forma pauperis* will be determined by a motions panel in the ordinary course.

                                           For the Court:
                                           Catherine O'Hagan Wolfe,
                                           Clerk of Court

