# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 21st day of June, two thousand twenty-two.

_____

| | |
|---|---|
| Mark Thomas Dublino, | **ORDER** |
|     Plaintiff - Appellant, | Docket No. 22-198 |
| v. | |
| Sgt. Justin Biegaj, Sgt. Robert Dee, Dep. Brian Thompson, Dep. Frank Gelster, Sgt. Cross, Sgt. Robinson, Dept. P. Giardina, Dept. Shawn Wilson, | |
|     Defendants - Appellees, | |
| C.O. Vincent Terrana, | |
|     Defendant. | |

_____

    Appellant, pro se, moves for leave to proceed in forma pauperis ("IFP") on appeal.

    IT IS HEREBY ORDERED that the motion is DENIED as unnecessary. Appellant was granted IFP status by the district court, and that status has not been revoked. Appellant's principal brief must be filed on or before September 20, 2022.

                                                                                   For the Court:
                                                                                 Catherine O'Hagan Wolfe,
                                                                                  Clerk of Court

