# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 5th day of October, two thousand twenty-two.

_____

Mark Thomas Dublino,

        Plaintiff - Appellant,

v.

Sgt. Justin Biegaj, Sgt. Robert Dee, Dep. Brian Thompson, Dep. Frank Gelster, Sgt. Cross, Sgt. Robinson, Dept. P. Giardina, Dept. Shawn Wilson,

        Defendants - Appellees,

C.O. Vincent Terrana,

        Defendant.
_____

**ORDER**

Docket No. 22-198

    By order dated June 21, 2022, the Court directed Appellant to file his principal brief by September 20, 2022. Appellant failed to file a brief by that date. Upon consideration thereof,

    IT IS HEREBY ORDERED that Appellant's brief must be filed on or before October 26, 2022. The appeal will be dismissed effective October 26, 2022 if the brief is not filed by that date. A motion to extend the time to file the brief or to seek other relief will not toll the previously ordered filing date. *See* Local Rule 27.1(f)(1); *cf. RLI Insurance Co. v. JDJ Marine, Inc.*, 716 F.3d 41, 43-45 (2d Cir. 2013).

        For the Court:
        Catherine O'Hagan Wolfe,
        Clerk of Court

