

# COUNTY OF ERIE

## MARK C. POLONCARZ
### COUNTY EXECUTIVE

JEREMY C. TOTH
COUNTY ATTORNEY

KRISTEN M. WALDER
DEPUTY COUNTY ATTORNEY

DEPARTMENT OF LAW

November 2, 2022

**VIA CM/ECF**
Hon. Catherine O'Hagan Wolfe, Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse, 40 Foley Square
New York, New York 10007

      **Re:**    **Dublino, Mark v. Biegaj, et. al.**
              **Our File No.: 31-20190059**
              **Dkt. No. 22-198**

Dear Ms. Wolfe:

      This office represents defendants-appellees Sgt. Justin Biegaj, Sgt. Robert Dee, Dep. Brian Thompson, Dep. Frank Gelster, Sgt. Cross, Sgt. Robinson, Dep. P. Giardina, and Dep. Shawn Wilson in the above-entitled appeal. Pursuant to Local Rule 31.2(a)(1)(B), we respectfully propose January 31, 2023 as the date for filing our brief. That proposed date is 90 days from today, the date on which the brief for plaintiffs-appellants was filed. Thank you for your consideration.

                                                    Respectfully submitted,

                                                      **JEREMY C. TOTH**
                                                      *Erie County Attorney*

                                                       By
                                                       Jeremy C. Toth, Esq.
                                                       Assistant County Attorney
                                                       Direct Dial: (716) 858-2216
                                                       E-mail: Erin.Molisani@erie.gov

cc (via USPS):      Mark Dublino, *pro se*