UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

Mark Thomas Dublino,

            *Plaintiff - Appellant*,

v.

Sgt. Justin Biegaj, Sgt. Robert Dee, Dep. Brian Thompson, Dep. Frank Gelster, Sgt. Cross, Sgt. Robinson, Dept. P. Giardina, Dept. Shawn Wilson,

            *Defendants - Appellees*,

C.O. Vincent Terrana,

            *Defendant*.

**CERTIFICATE OF SERVICE**

Docket No. 22-198

STATE OF NEW YORK   )
COUNTY OF ERIE        ) SS.:
CITY OF BUFFALO      )

      Carol Gruber, being duly sworn, deposes and says that: deponent is not a party to this action and is over the age of 18 years of age; that on the 2nd day of November, 2022, deponent served the foregoing letter upon:

      Mark T. Dublino
      18-B-0793
      Wende Correctional Facility
      3040 Wende Road
      Alden, New York 14004

at the address set forth herein, by depositing a true copies of same, enclosed in a postpaid, properly addressed wrapper in an official depository under the exclusive care and custody of the United States Post Office within the State of New York.

                                                  _____
                                                  Carol Gruber

Sworn to before me this 2nd
day of November, 2022

_____
Notary Public

LINDA J. JULIANO-JACK
Notary Public, State of New York
Reg. No. 01JU6078508
Qualified in Erie County
My Commission Expires Aug. 5, 2026