**UNITED STATES COURT OF APPEALS**
for the
**SECOND CIRCUIT**

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 3rd day of November, two thousand twenty-two,

_____

| | |
|---|---|
| Mark Thomas Dublino, | **ORDER** |
| | Docket No: 22-198 |
|     Plaintiff - Appellant, | |
| v. | |
| Sgt. Justin Biegaj, Sgt. Robert Dee, Dep. Brian Thompson, Dep. Frank Gelster, Sgt. Cross, Sgt. Robinson, Dept. P. Giardina, Dept. Shawn Wilson, | |
|     Defendants - Appellees, | |
| C.O. Vincent Terrana, | |
|     Defendant. | |

_____

Counsel for APPELLEE has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting January 31, 2023 as the brief filing date.

It is HEREBY ORDERED that Appellee's brief must be filed on or before January 31, 2023.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court