UNITED STATES COURT OF APPEALS
SECOND CIRUIT
US COURT HOUSE
40 FOLEY SQUARE
NEW YORK; NEW YORK 10007

NOVEMBER 15th 2022

RE: APPEAL FOR ORDER; DUBLINO v BIEGAJ et al
DOCKET No: 22-198

DEAR CLERK OF THE COURT:

DUE TO RECENT DEVELOPMENTS OF LEGAL INFORMATION THAT WAS UNAVAILABLE UNDER EXTENUATING CIRCUMSTANCES AT THE WENDE CORRECTIONAL FACILITY LAW LIBRARY; IN THAT COMPUTERS WERE NOT OPERATIONAL DURING LAW LIBRARY ATTENDANCES DURING THE MONTHS OF AUGUST; SEPTEMBER AND OCTOBER 2022; CAUSED THE PLAINTIFF-APPELLANT THE INABILITY TO ARGUE AND SUPPORT MY CLAIM REGARDING THE PRISON LITIGATION REFORM ACT (PLRA)

I RECEIVED A HARD COPY OF THE "PRO SE" PUBLICATION BY PRISONERs LEGAL SERVICES OF NEW YORK (VOL: 32 No 5 NOVEMBER 2022) IN THIS EDITION; IT HI-LITED A CASE PERTINENT TO THIS APPEAL: ANTHONY ROMANO v KEVIN ULRICH; et al; 2022 WL 4241361 (2d CIR SEPT 15th 2022)

I AM ATTACHING AN AFFIDAVIT THAT OUTLINES A COMPARABLE ISSUE IN THE BRIEFFS THAT WERE PREVIOUSLY SUBMITTED ON OCTOBER 21st 2022; AND THAT THIS COURT PROVIDED A SCHEDULE FOR THE COUNSEL FOR THE APPELLEES TO SUBMIT THIER BRIEFS BY JANUARY 31st 2023.

THE RELIEF REQUESTED IS TO ALLOW THIS AFFIDAVIT AS AN ATTACHMENT "GG" TO BE INCLUDED WITH THE EXISTING BRIEFSS; THE PLAINTIFF-APPELLANT HAS INCLUDED ONE ORIGINAL COPY AND THREE CARBON COPIES OF THE AFFIDAVIT ATTACHMENT "GG" AND HAS COPIED THE COUNSEL FOR THE DEFENDANTS LISTED BELOW.

PLEASE PROVIDE THE COURTS ANSWER TO THE ADDRESS LISTED BELOW AND ANY OTHER FURTHER RELIEF THIS COURT DEEMS JUST AND PROPER.

RESPECTFULLY;

MARK DUBLINO; DIN 18-B-0793
WENDE CORRECTIONAL FACILITY
3040 WENDE ROAD
ALDEN; NEW YORK 14004

cc: DEPARTMENT OF LAW
    ERIN MOLISANI; esq

   file

AFFIDAVIT                                                ATTACHMENT "GG"

STATE OF NEW YORK )
                  ) ss:
COUNTY OF ERIE    )

I MARK DUBLINO BEING DULY SWORN; DEPOSES AND SAYS:

HE IS THE PLAINTIFF-APPELLANT FOR THE ORDER; DOCKET NUMBER 22-198; MARK THOMAS DUBLINO v JUSTIN BIEGAJ et al AND IS CURRENTLY HOUSED AT THE WENDE CORRECTIONAL FACILITY; 3040 WENDE ROAD; ALDEN; NEW YORK 14004.

1) ON NOVEMBER 13th 2022; I RECEIVED INFORMATION REGARDING A CASE DECIDED IN THE SECOND CIRCUIT; COURT OF APPEALS; ROMANO v ULRICH et al 2022 WL 4241361 (2d CIR. SEPTEMBER 15th 2022

2) THIS CASE MIRRORS MY ARGUMENT THAT THE GRIEVANCE PROCESS IS UNAVAILABLE TO INCARCERATED INDIVIDUALS INDIVIDUALS; WHEN AN INDIVIDUAL IS INCAPACITATED DURING THE TIME PERIOD FOR FILING A GRIEVANCE (SEE: RUCKER v GIFFEN: 997 F 3d 88 (2d CIR 2021) AND WHEN AN INDIVIDUAL IS TRANSFERRED WITHOUT NOTICE TO ANOTHER LOCATION (SEE: ROMANO v ULRICH: 2022 WL 4241361 (2d CIR. SEPT 15th 2022)

3) ON MARCH 9th 2022 I WAS MOVED TO A SEGREGATED HOUSING UNIT AND WAS NOT PROVIDED INDEPENDANT MEDICAL SERVICE AT A HOSPITAL FOR INJURIES SUFFERED FROM DELIBERATE EXCESSIVE FORCE USED BY OFFICERS WHEN DETAINING ME ON AN ALLEGED INCIDENT.

4) ON MARCH 16th 2022; AFTER SEVERAL REQUESTS FOR INDEPEDANT MEDICAL ATTENTION; WITHOUT MY PROPERTY; (LEGAL AND PERSONAL) WITHOUT PAPER OR WRITING TOOLS(PEN/PENCILL) I MADE ON MY ARM (LEFT) TWO SELF-INFLICTED WOUNDS WITH THE SHAVER THAT WAS PROVIDED FOR THE FIRST TIME; I WROTE IN BLOOD ON THE WALLS "UNLAWFUL JUSTICE" NAMING OFFICERS; ATTORNEYS AND THE JUSTICE/DISTRICT ATTORNEY; I WAS MOVED FROM THE CELL AND PLACED IN ANOTHER ADJACENT CELL WITH ONLY A GARMENT PROTECTIVE DRESS-WEAR AND REMAINED UNDER SUICIDE WATCH UNTIL I WAS REMOVED FROM THE FACILITY ON MARCH 23rd 2022; I WAS SENTENCED AND BROUGHT TO THE ELMIRA CORRECTIONAL FACILITY IMMEDIATELY THEREAFTER.

5) ON JUNE 6th 2021; ERIN MOLISANI DEPOSED MYSELF AND I PROVIDED ANSWERS TO HER QUESTIONS PERTAINING TO THE ISSUES RAISED IN THIS AFFIDAVIT; (SEE: TRANSCRIPTS WHICH REFER TO PAGES 55 THROUGH 61) AND I STIPULATE THAT Ms. MOLISANI PROVIDE THESE COPIES FOR THE COURTS REVIEW; DUE TO MY INABILITY TO MAKE COPIES OF THEM; BECAUSE OF MY INDIGENT STATUS.

6) I HAD NO WAY KNOWING I WOULD BE TRANSFERED ON MARCH 23rd 2018 FROM THE ERIE COUNTY HOLDING CENTER; IMMEDIATELY AFTER SENTENCING AND THEN PLACED IN A VEHICLE WHICH ONLY I AND TWO OFFICERS TRAVELED TO THE ELMIRA CORRECTIONAL FACILITY WITHIN THE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION (DOCCS) AND DURING THE TWO WEEKS OF ISOLATED SEGREGATION & DEPRIVED LIFEs NECESSITIES AND THE ABILITY TO FILE A GRIEVANCE.

7) UNDER 28 USCA § 1746; I DECLARE UNDER PENALTY OF PERJURY; THAT THE INFORMATION IS TRUE AND CORRECT.

_____  NOVEMBER 15TH 2022
SIGNATURE

AFFIDAVIT  ATTACHMENT "GG"

STATE OF NEW YORK )
COUNTY OF ERIE ) ss:

I MARK DUBLINO BEING DULY SWORN; DEPOSES AND SAYS:
HE IS THE PLAINTIFF-APPELLANT FOR THE ORDER; DOCKET NUMBER 22-198; MARK THOMAS DUBLINO v JUSTIN BIEGAJ et al AND IS CURRENTLY HOUSED AT THE WENDE CORRECTIONAL FACILITY; 3040 WENDE ROAD; ALDEN; NEW YORK 14004.

1) ON NOVEMBER 13th 2022; I RECEIVED INFORMATION REGARDING A CASE DECIDED IN THE SECOND CIRCUIT; COURT OF APPEALS; ROMANO v ULRICH et al 2022 WL 4241361 (2d CIR. SEPTEMBER 15th 2022

2) THIS CASE MIRRORS MY ARGUMENT THAT THE GRIEVANCE PROCESS IS UNAVAILABLE TO INCARCERATED INDIVIDUALS INDIVIDUALS; WHEN AN INDIVIDUAL IS INCAPACIATATED DURING THE TIME PERIOD FOR FILING A GRIEVANCE (SEE: RUCKER v GIFFEN: 997 F 3d 88 (2d CIR 2021) AND WHEN AN INDIVIDUAL IS TRANSFERRED WITHOUT NOTICE TO ANOTHER LOCATION (SEE: ROMANO v ULRICH: 2022 WL 4241361 (2d CIR. SEPT 15th 2022)

3) ON MARCH 9th 2022 I WAS MOVED TO A SEGREGATED HOUSING UNIT AND WAS NOT PROVIDED INDEPENDANT MEDICAL SERVICE AT A HOSPITAL FOR INJURIES SUFFERED FROM DELIBERATE EXCESSIVE FORCE USED BY OFFICERS WHEN DETAINING ME ON AN ALLEGED INCIDENT.

4) ON MARCH 16th 2022; AFTER SEVERAL REQUESTS FOR INDEPEDANT MEDICAL ATTENTION; WITHOUT MY PROPERTY; (LEGAL AND PERSONAL) WITHOUT PAPER OR WRITING TOOLS(PEN/PENCILL) I MADE ON MY ARM (LEFT) TWO SELF-INFLICTED WOUNDS WITH THE SHAVER THAT WAS PROVIDED FOR THE FIRST TIME; I WROTE IN BLOOD ON THE WALLS "UNLAWFUL JUSTICE" NAMING OFFICERS; ATTORNEYS AND THE JUSTICE/DISTRICT ATTORNEY; I WAS MOVED FROM THE CELL AND PLACED IN ANOTHER ADJACENT CELL WITH ONLY A GARMENT PROTECTIVE DRESS-WEAR AND REMAINED UNDER SUICIDE WATCH UNTIL I WAS REMOVED FROM THE FACILITY ON MARCH 23rd 2022; I WAS SENTENCED AND BROUGHT TO THE ELMIRA CORRECTIONAL FACILITY IMMEDIATELY THEREAFTER.

5) ON JUNE 6th 2021; ERIN MOLISANI DEPOSED MYSELF AND I PROVIDED ANSWERS TO HER QUESTIONS PERTAINING TO THE ISSUES RAISED IN THIS AFFIDAVIT (SEE: TRANSCRIPTS WHICH REFER TO PAGES 55 THROUGH 61) AND I STIPULATE THAT Ms MOLISANI PROVIDE THESE COPIES FOR THE COURTS REVIEW DUE TO MY INABILITY TO MAKE COPIES OF THEM; BECAUSE OF MY INDIGENT STATUS.

6) I HAD NO WAY KNOWING I WOULD BE TRANSFERED ON MARCH 23rd 2022 FROM THE ERIE COUNTY HOLDING CENTER; IMMEDIATELY AFTER SENTENCING AND THEN PLACED IN A VEHICLE WHICH ONLY I AND TWO OFFICERS TRAVELED TO THE ELMIRA CORRECTIONAL FACILITY WITHIN THE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION (DOCCS) AND DURING THE TWO WEEKS OF ISOLATED SEGREGATION & DEPRIVED LIFEs NECESSITIES AND THE ABILITY TO FILE A GRIEVANCE.

7) UNDER 28 USCA § 1746; I DECLARE UNDER PENALTY OF PERJURY; THAT THE INFORMATION IS TRUE AND CORRECT.

NOVEMBER 15th 2022
SIGNATURE

AFFIDAVIT ATTACHMENT "GG"

STATE OF NEW YORK )
COUNTY OF ERIE ) ss:

I MARK DUBLINO BEING DULY SWORN, DEPOSES AND SAYS:

HE IS THE PLAINTIFF-APPELLANT FOR THE ORDER; DOCKET NUMBER 22-198; MARK THOMAS DUBLINO v JUSTIN BIEGAJ et al AND IS CURRENTLY HOUSED AT THE WENDE CORRECTIONAL FACILITY; 3040 WENDE ROAD; ALDEN; NEW YORK 14004.

1) ON NOVEMBER 13th 2022; I RECEIVED INFORMATION REGARDING A CASE DECIDED IN THE SECOND CIRCUIT; COURT OF APPEALS; ROMANO v ULRICH et al 2022 WL 4241361 (2d CIR. SEPTEMBER 15th 2022

2) THIS CASE MIRRORS MY ARGUMENT THAT THE GRIEVANCE PROCESS IS UNAVAILABLE TO INCARCERATED INDIVIDUALS INDIVIDUALS; WHEN AN INDIVIDUAL IS INCAPACITATED DURING THE TIME PERIOD FOR FILING A GRIEVANCE (SEE: RUCKER v GIFFEN: 997 F 3d 88 (2d CIR 2021) AND WHEN AN INDIVIDUAL IS TRANSFERRED WITHOUT NOTICE TO ANOTHER LOCATION (SEE: ROMANO v ULRICH: 2022 WL 4241361 (2d CIR. SEPT 15th 2022)

3) ON MARCH 9th 2022 I WAS MOVED TO A SEGREGATED HOUSING UNIT AND WAS NOT PROVIDED INDEPENDANT MEDICAL SERVICE AT A HOSPITAL FOR INJURIES SUFFERED FROM DELIBERATE EXCESSIVE FORCE USED BY OFFICERS WHEN DETAINING ME ON AN ALLEGED INCIDENT.

4) ON MARCH 16th 2022; AFTER SEVERAL REQUESTS FOR INDEPEDANT MEDICAL ATTENTION; WITHOUT MY PROPERTY; (LEGAL AND PERSONAL) WITHOUT PAPER OR WRITING TOOLS(PEN/PENCILL) I MADE ON MY ARM (LEFT) TWO SELF-INFLICTED WOUNDS WITH THE SHAVER THAT WAS PROVIDED FOR THE FIRST TIME; I WROTE IN BLOOD ON THE WALLS "UNLAWFUL JUSTICE" NAMING OFFICERS; ATTORNEYS AND THE JUSTICE/DISTRICT ATTORNEY; I WAS MOVED FROM THE CELL AND PLACED IN ANOTHER ADJACENT CELL WITH ONLY A GARMENT PROTECTIVE DRESS-WEAR AND REMAINED UNDER SUICIDE WATCH UNTIL I WAS REMOVED FROM THE FACILITY ON MARCH 23rd 2022; I WAS SENTENCED AND BROUGHT TO THE ELMIRA CORRECTIONAL FACILITY IMMEDIATELY THERAFTER.

5) ON JUNE 6th 2021; ERIN MOLISANI DEPOSED MYSELF AND I PROVIDED ANSWERS TO HER QUESTIONS PERTAINING TO THE ISSUES RAISED IN THIS AFFIDAVIT; (SEE: TRANSCRIPTS WHICH REFER TO PAGES 55 THROUGH 61) AND I STIPULATE THAT Ms MOLISANI PROVIDE THESE COPIES FOR THE COURTS REVIEW; DUE TO MY INABILITY TO MAKE COPIES OF THEM; BECAUSE OF MY INDIGENT STATUS.

6) I HAD NO WAY KNOWING I WOULD BE TRANSFERED ON MARCH 23rd 2022 FROM THE ERIE COUNTY HOLDING CENTER; IMMEDIATELY AFTER SENTENCING AND THEN PLACED IN A VEHICLE WHICH ONLY I AND TWO OFFICERS TRAVELED TO THE ELMIRA CORRECTIONAL FACILITY WITHIN THE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION (DOCCS) AND DURING THE TWO WEEKS OF ISOLATED SEGREGATION & DEPRIVED LIFE NECESSITIES AND THE ABILITY TO FILE A GRIEVANCE.

7) UNDER 28 USCA § 1746; I DECLARE UNDER PENALTY OF PERJURY; THAT THE INFORMATION IS TRUE AND CORRECT.

_____ NOVEMBER 15th 2022
SIGNATURE

AFFIDAVIT  ATTACHMENT "GG"

STATE OF NEW YORK )
COUNTY OF ERIE ) ss:

I MARK DUBLINO BEING DULY SWORN, DEPOSES AND SAYS:
HE IS THE PLAINTIFF-APPELLANT FOR THE ORDER; DOCKET NUMBER 22-198; MARK THOMAS DUBLINO v JUSTIN BIEGAJ et al AND IS CURRENTLY HOUSED AT THE WENDE CORRECTIONAL FACILITY; 3040 WENDE ROAD; ALDEN; NEW YORK 14004.

1) ON NOVEMBER 13th 2022; I RECEIVED INFORMATION REGARDING A CASE DECIDED IN THE SECOND CIRCUIT; COURT OF APPEALS; ROMANO v ULRICH et al 2022 WL 4241361 (2d CIR. SEPTEMBER 15th 2022

2) THIS CASE MIRRORS MY ARGUMENT THAT THE GRIEVANCE PROCESS IS UNAVAILABLE TO INCARCERATED INDIVIDUALS INDIVIDUALS; WHEN AN INDIVIDUAL IS INCAPACIATED DURING THE TIME PERIOD FOR FILING A GRIEVANCE (SEE: RUCKER v GIFFEN: 997 F 3d 88 (2d CIR 2021) AND WHEN AN INDIVIDUAL IS TRANSFERRED WITHOUT NOTICE TO ANOTHER LOCATION (SEE: ROMANO v ULRICH: 2022 WL 4241361 (2d CIR. SEPT 15th 2022)

3) ON MARCH 9th 2022 I WAS MOVED TO A SEGREGATED HOUSING UNIT AND WAS NOT PROVIDED INDEPENDANT MEDICAL SERVICE AT A HOSPITAL FOR INJURIES SUFFERED FROM DELIBERATE EXCESSIVE FORCE USED BY OFFICERS WHEN DETAINING ME ON AN ALLEGED INCIDENT.

4) ON MARCH 16th 2022; AFTER SEVERAL REQUESTS FOR INDEPEDANT MEDICAL ATTENTION; WITHOUT MY PROPERTY; (LEGAL AND PERSONAL) WITHOUT PAPER OR WRITING TOOLS(PEN/PENCILL) I MADE ON MY ARM (LEFT) TWO SELF-INFLICTED WOUNDS WITH THE SHAVER THAT WAS PROVIDED FOR THE FIRST TIME; I WROTE IN BLOOD ON THE WALLS "UNLAWFUL JUSTIICE" NAMING OFFICERS; ATTORNEYS AND THE JUSTICE/DISTRICT ATTORNEY; I WAS MOVED FROM THE CELL AND PLACED IN ANOTHER ADJACENT CELL WITH ONLY A GARMENT PROTECTIVE DRESS-WEAR AND REMAINED UNDER SUICIDE WATCH UNTIL I WAS REMOVED FROM THE FACILITY ON MARCH 23rd 2022; I WAS SENTENCED AND BROUGHT TO THE ELMIRA CORRECTIONAL FACILITY IMMEDIATELY THEREAFTER.

5) ON JUNE 6th 2021; ERIN MOLISANI DEPOSED MYSELF AND I PROVIDED ANSWERS TO HER QUESTIONS PERTAINING TO THE ISSUES RAISED IN THIS AFFIDAVIT; (SEE: TRANSCRIPTS WHICH REFER TO PAGES 55 THROUGH 61) AND I STIPULATE THAT Ms MOLISANI PROVIDE THESE COPIES FOR THE COURTS REVIEW; DUE TO MY INABILITY TO MAKE COPIES OF THEM; BECAUSE OF MY INDIGENT STATUS.

6) I HAD NO WAY KNOWING I WOULD BE TRANSFERED ON MARCH 23rd 2022 FROM THE ERIE COUNTY HOLDING CENTER; IMMEDIATELY AFTER SENTENCING AND THEN PLACED IN A VEHICLE WHICH ONLY I AND TWO OFFICERS TRAVELED TO THE ELMIRA CORRECTIONAL FACILITY WITHIN THE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION (DOCCS) AND DURING THE TWO WEEKS OF ISOLATED SEGREGATION, & DEPRIVED LIFEs NECESSITIES AND THE ABILITY TO FILE A GRIEVANCE.

7) UNDER 28 USCA § 1746; I DECLARE UNDER PENALTY OF PERJURY; THAT THE INFORMATION IS TRUE AND CORRECT.

_____  NOVEMBER 15th 2022
SIGNATURE

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
)ss.:
COUNTY OF ERIE )

I, MARK DUBLINO, swear under the penalty of perjury that:

On the 15 day of NOVEMBER, 20 22, I placed and submitted a true and exact copy of the following documents: LEGAL INFORMATION FOR CASE DOCKET NO: 22-198 MARK THOMAS DUBLINO v/ JUSTIN BIEGAJ et al

| | |
|---|---|
| 1) LETTER TO THE COURT AND COPIED TO THE COUNSEL FOR DEFENDANTS | 11/15/2022 |
| 2) AFFIDAVIT IN SUPPORT TO ADDRESS THE PLRA EXHAUSTION REQUIREMENT | 11/15/2022 |

in a properly sealed post-paid wrapper, and deposited same in an official depository, designated for outgoing mail at the Wende Correctional Facility, to be delivered by the United States Postal Service to the following parties:

| U.S. SUPREME COURT OF APPEALS (2nd CIRCUIT) | DEPARTMENT OF LAW |
|---|---|
| US COURTHOUSE | ERIN MOLINI; esq' |
| 40 FOLEY SQUARE | 95 FRANKLIN STREET RM 1634 |
| NEW YORK ; NEW YORK 10007 | BUFFALO; NEW YORK 14202 |

COREY L WAINWRIGHT
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01WA6438278
Qualified in Erie County
My Commission Expires August 8, 2026

Sworn to before me this
15 day of November, 2022

NOTARY PUBLIC

Respectfully submitted,
MARK DUBLINO ; DIN 18-B-0793

Mark Dublino          Pro se

Wende Correctional Facility

3040 Wende Road

Alden, New York 14004-1187

**WENDE CORRECTIONAL FACILITY**
Wende Rd., P.O. Box 1187
Alden, New York 14004-1187

NAME: Mark Dublino  DIN: 18-B-0793

BUFFALO NY 140
22 NOV 2022 PM 1 L

NEOPOST
11/21/2022
US POSTAGE $000.81⁰

CORRECTIONAL FACILITY

ZIP 14004
041M11281621

United States Court of Appeals
Second Circuit
Clerk of Court
U.S. Court House
40 Foley Square
New York, N.Y. 10007



Legal Mail

10007-150729