UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

Docket Number(s): **22-198**

Caption [use short title]

Motion for: **dismissal**

Set forth below precise, complete statement of relief sought:

**Dismissal of plaintiff-appellant's appeal pursuant to FRAP 31(c) for failure to timely file his brief**

**Dublino v. Biegaj, et. al.**

MOVING PARTY: **defendants-appellees**    OPPOSING PARTY: **plaintiff-appellant**

☐ Plaintiff   ☐ Defendant

☐ Appellant/Petitioner   ☑ Appellee/Respondent

MOVING ATTORNEY: **Erin E. Molisani**    OPPOSING ATTORNEY: **n/a - pro se plaintiff**

[name of attorney, with firm, address, phone number and e-mail]

**Erie County Attorney's Office**

**95 Franklin St., Room 1634**    **Buffalo, NY 14202**

**716-858-2216**    **erin.molisani@erie.gov**

Court- Judge/ Agency appealed from: **WDNY, Judge Larimer**

Please check appropriate boxes:

Has movant notified opposing counsel (required by Local Rule 27.1):
☐ Yes ☑ No (explain): **not required**

Opposing counsel's position on motion:
☐ Unopposed ☐ Opposed ☑ Don't Know
Does opposing counsel intend to file a response:
☐ Yes ☐ No ☑ Don't Know

FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:
Has this request for relief been made below?  ☐ Yes ☐ No
Has this relief been previously sought in this court?  ☐ Yes ☐ No
Requested return date and explanation of emergency:

Is oral argument on motion requested?  ☐ Yes ☑ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?  ☐ Yes ☑ No If yes, enter date:

Signature of Moving Attorney:
_(signed)_ Date: **12/21/22**  Service by: ☐ CM/ECF ☑ Other [Attach proof of service]

Form T-1080 (rev.12-13)

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

|  |  |
|---|---|
| MARK THOMAS DUBLINO,<br>*Plaintiff-Appellant*,<br><br>v.<br><br>SGT. JUSTIN BIEGAJ, SGT. ROBERT DEE, DEP. BRIAN THOMPSON, DEP. FRANK GELSTER, SGT. CROSS, SGT. ROBINSON, DEP. P. GIARDINA, DEP. SHAWN WILSON,<br>*Defendants-Appellees*,<br><br>C.O. VINCENT TERRANA,<br>*Defendant*. | **DEFENDANTS-APPELLEES' ATTORNEY AFFIDAVIT IN SUPPORT OF THEIR MOTION TO DISMISS APPEAL PURSUANT TO F.R.A.P. 32(c)**<br><br>Docket no. 22-198 |

STATE OF NEW YORK)
COUNTY OF ERIE     )
CITY OF BUFFALO   )

Erin E. Molisani, being first duly sworn, deposes and says under penalty of perjury and pursuant to 28 U.S.C. §1746 that the following is true and correct:

1. I am an attorney at law admitted to practice before this Court and am an Assistant County Attorney to Jeremy C. Toth, Esq., Erie County Attorney and counsel for defendants-appellees ("hereafter "defendants") in the above-named matter. In this capacity, I am fully familiar with the facts and circumstances of this litigation.

2. I offer this Attorney Affidavit in support of defendants' motion to dismiss plaintiff-appellant's (hereafter "plaintiff's") appeal pursuant to Federal Rule of Appellate Procedure 31(c). Plaintiff's brief was not timely filed.

3. Plaintiff was given several opportunities to file the appropriate documents and timely perfect this appeal, and he failed to do so.

4. The Notice of Prisoner Appeal was filed on February 1, 2022 (Dkt. No. 1).

5. On February 22, 2022, plaintiff was given notice that his appeal would be dismissed if he did not file an Acknowledgement, Notice of Appearance form, and form D-P by March 15, 2022 (Dkt. No. 8 and 9).

6. On March 24, 2022, plaintiff was again notified that his appeal would be dismissed by April 15, 2022 if a Signed Prisoner Authorization form was not filed (Dkt. No. 19).

7. On May 5, 2022, the Court dismissed the appeal for plaintiff's failure to submit a Signed Prisoner Authorization form (Dkt. No. 30).

8. After plaintiff filed a motion to reinstate the appeal (Dkt. No. 33), the Court granted that request (Dkt. No. 38).

9. By order dated June 21, 2022, the Court directed plaintiff to file his principal brief by September 20, 2022 (Dkt. No. 46).

10. He did not request an extension of time, nor did he file his brief by that deadline.

11. Thereafter, on October 5, 2022, this Court ordered:

> Upon consideration thereof, IT IS HEREBY ORDERED that Appellant's brief must be filed on or before October 26, 2022. The appeal will be dismissed effective October 26, 2022 if the brief is not filed by that date. A motion to extend the time to file the brief or to seek other relief will not toll the previously ordered filing date. See Local Rule 27.1(f)(1); *cf. RLI Insurance Co. v. JDJ Marine, Inc.,* 716 F.3d 41, 43-45 (2d Cir. 2013).

(Dkt. No. 52).

12. Plaintiff again did not meet that deadline or request for an extension.

13. Plaintiff filed his appellate brief on November 1, 2022, with a service date of November 2, 2022 (Dkt. No. 53).

14. Plaintiff's appellate brief was therefore untimely filed.

15. Because plaintiff failed to meet the Court's orders directing the timing of his appellate brief, defendants request dismissal pursuant to Federal Rule of Appellate Procedure 31(c).

**WHEREFORE**, defendants-appellees respectfully ask for an Order from this Court dismissing plaintiff-appellant's appeal pursuant to Federal Rule of Appellate Procedure 31(c), together with such other and further relief as to this Court may seem necessary and just.

Dated:  Buffalo, New York
        December 21, 2022        **JEREMY C. TOTH**
                                 *Erie County Attorney*

                                 s/ *Erin E. Molisani*
                                 Erin E. Molisani
                                 Assistant County Attorney
                                 95 Franklin Street, Room 1634
                                 Buffalo, New York 14202
                                 Telephone: (716) 858-2216
                                 Email: erin.molisani@erie.gov

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

Mark Thomas Dublino

**CERTIFICATE OF SERVICE***

Docket Number: 22-198

v.

Biegaj, et. al.

I, Erin E. Molisani, hereby certify under penalty of perjury that
(print name)
on December 21, 2022, I served a copy of Motion information sheet,
(date)
defendants-appellees' attorney affidavit in support of their motion

(list all documents)

by (select all applicable)**

___ Personal Delivery   X United States Mail   ___ Federal Express or other Overnight Courier

___ Commercial Carrier   ___ E-Mail (on consent)

on the following parties:

| Mark Dublino | 3040 Wende Road | Alden | NY | 14004 |
|---|---|---|---|---|
| Name | Address | City | State | Zip Code |
| Name | Address | City | State | Zip Code |
| Name | Address | City | State | Zip Code |
| Name | Address | City | State | Zip Code |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

12/21/22

Today's Date

Signature

Certificate of Service Form (Last Revised 12/2015)