UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

MARK DUBLINO,
              PLAINTIFF-APPELLANT

v

SGT. JUSTIN BIEGAJ, SGT. ROBERT DEE,
DEP. BRIAN THOMPSON, DEP. FRANK GELSTER,
SGT. CROSS, SGT. ROBINSON, DEP. P.
GIARDINA, DEP. SHAWN WILSON
              DEFENDANTS-APPELLEES

AFFIDAVIT OF PLAINTIFF'S REBUTTAL TO DEFENDANTS-APPELLEES, ATTORNEY AFFIDAVIT FOR A MOTION TO DISMISS APPEAL PURSUANT TO F.R.A.P. 32(c)

DOCKET # 22-198

STATE OF NEW YORK ) ss:
COUNTY OF ERIE    )

MARK DUBLINO, BEING DULY SWORN, DEPOSES AND SAYS UNDER PENALTY OF PERJURY AND PURSUANT TO 28 U.S.C.§ 1746 THAT THE FOLLOWING IS TRUE AND CORRECT:

1) I AM THE PLAINTIFF-APPELLANT IN THE ABOVE AND EXACT CAPTION, WHO RESIDES AT WENDE CORRECTIONAL FACILITY, 3040 WENDE ROAD, ALDEN, NEW YORK 14004.

2) ERIN MOLISANI COUNSEL FOR THE DEFENDANTS, HAS PROVIDED AN AFFIDAVIT TO DISMISS THE NAMED DOCKET, IS AN ATTEMPT TO SUBVERT AND UNDERMINE THE BASIS OF THIS CLAIM WITHIN THIS DOCKET.

3) MS MOLISANI STATES THAT SHE IS FAMILIAR WITH THE FACTS AND CIRCUMSTANCES OF THIS LITIGATION. THEN WHY IS HER CAPTION WRONG? I DULY NOTIFIED HER OFFICE AND THIS COURT ON FEBUARY 15th 2022, WITH AN AMENDMENT, THEN THAT THE DEFENDANT LISTED "C.O. VINCENT TERRANA" SHOULD NOT BE LISTED. PROVIDING AN ATTACHMENT COPY OF PROOF, CAN BE PROVIDED IF NEEDED. NOTE: THIS MAKES HER MOTION DEFECTIVE ON IT'S FACE, IF THE COURT CHOOSES TO SPLIT HAIRS.

4) THE PLAINTIFF-APPELLANT ALSO PROVIDED A GENERIC FACILITY AUTHORIZATION FORM DATED AND NOTARIZED ON FEBUARY 15th 2022, WHICH WAS FORWARDED TO HER OFFICE AND AND TO COURT ON FEBUARY 15th 2022. NOTE: COPIES CAN BE PROVIDED IF NEEDED.

5) THE PLAINTIFF-APPELLANT AGAIN PROVIDED A PRISON AUTHORIZATION FORM, FROM THE UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT, DATED AND NOTARIZED MARCH 16th 2022, MAILED TO THE OFFICE OF Ms. MOLISANI & TO THE COURT. SEE: CERTIFICATE OF SERVICE ADDRESSED TO THE DEPARTMENT OF LAW AND TO THE U.S. COURT OF APPEALS, NOTARIZED MARCH 16th 2022; NOTE: COPIES CAN BE PROVIDED TOO FOR PROOF.

6) THE PLAINTIFF-APPELLANT DID CORRECT DEFECTS, NO LATER THAN APRIL 22nd 2022;

7) THE PLAINTIFF-APPELLANT FOLLOWED THE COURT ORDER, BY THE CLERK OF COURT, CATHERINE O'HAGAN WOLFE, AND DID FILE HIS BRIEFS ON OCTOBER 21st 2022, TO THE COURT OF APPEALS, SECOND CIRCUIT AND THE DEPARTMENT OF LAW FOR THE DEFENDANTS, BEFORE THE DEADLINE OCTOBER 26th 2022. SEE: FERNANDEZ v ARTUS: 402 F. 3d 111(2005) U.S. COURT OF APPEALS, SECOND CIRCUIT, "MAIL BOX RULES" FOR FILINGS & DEADLINES.

8) THE PLAINTIFF-APPELLANT WHILE STILL LITIGATING FROM RESEARCH MATERIAL, RECEIVED HIS MONTHLY PUBLICATION FROM "PRO SE" (VOL. 32 No# 6 NOVEMBER 2022); IT HI-LITED A CASE PERTINENT TO THIS APPEAL. SEE: ROMANO v ULRICH: et al ; 2022 WL-4241361 (2d Cir SEPT 15th 2022).; PLAINTIFF-APPELLANT FORWARDED A COVER-LETTER DATED NOVEMBER 15th 2022, WITH SUPPORTING AFFIDAVIT (LABELED 'GG') AND ASKED THIS COURT TO INCLUDE THIS EVIDENCE WITH THE APPEAL BRIEFS (THREE COPIES WERE PROVIDED TO THE COURT) AND ONE COPY TO THE DEPARTMENT OF LAW FOR THE DEFENDANT'S; THE SUPPORTING ARGUMENT STATED "GRIEVANCE PROCESS IS AVAILABLE TO INCARCERATED INDIVIDUALS, WHEN AN INDIVIDUAL IS INCAPACITATED DURING THE TIME PERIOD FOR FILING A GRIEVANCE."

9) SINCE APPELLANT-PLAINTIFF HAS BEEN HOUSED AT THE WENDE CORRECTIONAL FACILITY ON OCTOBER 31st 2020, NUMEROUS TIMES THE LAW LIBRARY COMPUTERS HAVE BEEN DOWN (NOT WORKING) AND THE COPIER BROKEN, CAUSING DELAYS TO PRODUCE NEEDED SUPPORTING PAPERS, THIS OBSTACLE OCCURRED THROUGHOUT AUGUST AND SEPTEMBER 2022, ADDITIONAL ISSUES HAVE BEEN RAISED BY THE PLAINTIFF REGARDING NOTARY SERVICE AND INCOMING AND OUTGOING MAIL, WHEN AN INDIGENT INMATE IS WITHOUT FUNDS FOR ADVANCES ON LEGAL OUTGOING MAIL. THE FACILITY HOLDS UP THE PARCELS BEFORE THEY ARE MAILED OUT (FIVE STAMP ALLOWANCE ONLY PER WEEK)

10) THE BACKROUND OF THIS APPEAL HAS MERIT AND PHYSICAL PROOF & THE PLAINTIFF-APPELLANT HAS NOT WILLFULLY DELAYED THE LITIGATION PROOF AND HAS FOLLOWED THE RULES OF THIS COURT TO THE BEST OF HIS ABILITY FOR APPELLATE PROCEDURE 31(c).

WHEREFORE, THE PLAINTIFF-APPELLANT RESPECTFULLY ASKS FOR AN ORDER TO DISMISS THE DEFENDANTS MOTION TO DISMISS THE APPEAL, AND BY ORDERING A REVERSAL ON THE LOWER COURTS DECISION, TOGETHER WITH SUCH OTHER FURTHER RELIEF THIS COURT DEEMS JUST AND PROPER

FURTHERMORE, THIS APPEAL IN MY OPINION, THE CLAIM OF EXCESSIVE FORCE, SHOULD HAVE NEVER BEEN DISMISSED BY THE WESTERN DISTRICT WITHOUT PREJUDICE, MORE THAN ENOUGH EVIDENCE WAS PRESENTED, AND ERIE COUNTY ATTORNEY C. TOTH, ERIE COUNTY ATTORNEY DID NOT SECURE AND PRESERVE ALL AVAILABLE VIDEO, BECAUSE THE ERIE COUNTY HOLDING CENTER, OPERATES WITHOUT ANY TRANSPARENCY.

## VERIFICATION

STATE OF NEW YORK ) ss:
COUNTY OF ERIE )

I MARK DUBLINO, BEING DULY SWORN, DEPOSES AND SAYS: THAT HE IS THE PETITIONER IN THE WITHIN PROCEEDING, THAT HE HAS READ THE FOREGOING PETITION AND KNOWS THE CONTENTS THEREOF, THAT THE SAME IS TRUE TO HIS KNOWLEDGE, EXCEPT AS TO THE MATTERS TH THEREIN STATED TO BE ALLEGED ON INFORMATION AND BELIEF, AND THAT AS TO THOSE MATTERS, HE BELIEVED THEM TO BE TRUE.

JANUARY 2nd 2023

MARK DUBLINO, DIN 18-B-0793
WENDE CORRECTIONAL FACILITY
3040 WENDE ROAD
ALDEN, NEW YORK 14004

SWORN TO BE FORE ME ON THIS DAY
2 OF THE January 20 23

NOTARY

COREY L WAINWRIGHT
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01WA6438278
Qualified in Erie County
My Commission Expires August 8, 20__

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

MARK DUBLINO,
        PLAINTIFF-APPELLANT
    v.
SGT. JUSTIN BIEGAJ, SGT. ROBERT DEE,
DEP. BRIAN THOMPSON, DEP. FRANK GELSTER,
SGT. CROSS, SGT. ROBINSON, DEP. P.
GIARDINA, DEP. SHAWN WILSON,   DEFENDANTS-APPELLEES

**CERTIFICATE OF SERVICE***

Docket Number: 22-198

I, __MARK DUBLINO__, hereby certify under penalty of perjury that
    (print name)
on __JANUARY 2nd 2023__, I served a copy of __AFFIDAVIT OF PLAINTIFFS REBUTAL TO
    (date)
DEFENDANTS ATTORNEYS AFFIDAVIT FOR A MOTION TO DISMISS APPEAL PURSUANT TO FRAP 32(c)__
(list all documents)

by (select all applicable)**

___ Personal Delivery     XX United States Mail     ___ Federal Express or other Overnight Courier

___ Commercial Carrier     ___ E-Mail (on consent)

on the following parties:

(3) COPIES TO: U.S. COURT OF APPEALS (2nd CIR.) 40 FOLEY SQUARE, NEW YORK, NY 10007

| Name | Address | City | State | Zip Code |
|---|---|---|---|---|

(1) COPY TO: DEPARTMENT OF LAW, ERIN MOLISANI, esq 95 FRANKLIN ST. RM1634 BUFFALO, NY 14202

| Name | Address | City | State | Zip Code |
|---|---|---|---|---|

| Name | Address | City | State | Zip Code |
|---|---|---|---|---|

| Name | Address | City | State | Zip Code |
|---|---|---|---|---|

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

__JANUARY 2nd 2023__                  __[signature]__
Today's Date                                                      Signature

Certificate of Service Form (Last Revised 12/2015)

**WENDE CORRECTIONAL FACILITY**
Wende Rd., P.O. Box 1187
Alden, New York 14004-1187

NAME: Mark Dublino   DIN: 28-B-0793

WENDE ★ CORRECTIONAL FACILITY

NEOPOST
01/05/2023
US POSTAGE $000.81

FIRST-CLASS MAIL

ZIP 14004
041M11281621

U.S. Court of Appeals, 2nd Circuit
U.S. Court House, Clerk of Court
40 Foley Square
New York, NY 10007

USM AILD SDNY

LEGAL MAIL
(10 PAGES)