W.D.N.Y.
19-cv-6269
Larimer, J.
Pedersen, M.J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

_____

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 9th day of March, two thousand twenty-three.

Present:
>   José A. Cabranes,
>   Rosemary S. Pooler,
>   Joseph F. Bianco,
>       *Circuit Judges*.

---

Mark Thomas Dublino,

>   *Plaintiff-Appellant*,

v. 22-198

Sgt. Justin Biegaj, et al.,

>   *Defendants-Appellees*,

C.O. Vincent Terrana,

>   *Defendant*.

---

Appellees move to dismiss the appeal for Appellant's failure to timely file his brief. Upon due consideration, it is hereby ORDERED that the motion is DENIED. After receiving an express warning that the appeal would be dismissed if his brief was not filed by an extended deadline, Appellant timely filed his brief by that extended deadline under the prison mailbox rule. *See Houston v. Lack*, 487 U.S. 266, 275–76 (1988) (prison mailbox rule); *cf. RLI Ins. Co. v. JDJ Marine, Inc.*, 716 F.3d 41, 44 (2d Cir. 2013) (per curiam) (denying reinstatement of appeal when appellant failed to meet an extended briefing deadline and the extension order gave "an explicit warning of the consequences of failing to meet the extended deadline"). The appeal will proceed in the ordinary course.

>   FOR THE COURT:
>   Catherine O'Hagan Wolfe, Clerk of Court

