UNITED STATES COURT OF APPEALS
SECOND CIRCUIT
U.S. COURT HOUSE
40 FOLEY SQUARE
NEW YORK, NEW YORK 10007                FEBUARY 28th 2023

RE: DUBLINO, MARK v. BIEGAJ, et. all.
DOCKET # 22-198

DEAR Ms. WOLFE:

I AM CORRESPONDING TO THIS COURT AND THE DEFENDANT'S COUNSEL, ERIN MOLISANI, esq.; REGARDING THE DEFENDANT'S BRIEF AND SUPPORTING EVIDENCE THAT I RECEIVED ON FEBUARY 2nd 2023.

THE ATTACHMENT OF A DISC, WHICH IS PART OF THE SUPPLEMENTAL APPENDIX FOR DEFENDANTS-APPELLEES @ PAGE SA-106 ; WAS REVIEWED FOR THE FIRST TIME TODAY, FEBUARY 28th 2023, ONLY (30) MINUTES WERE PROVIDED BY THE WENDE CORRECTIONAL FACILITY, AND THE TIME ALLOTED TO MYSELF TO VIEW THE DVD, HAD TECHNICAL PROBLEMS TRANSMITTING THE VIDEO COVERAGE.

THE FACILITY WILL NOT AFFORD ANY MORE TIME TO VIEW THE EVIDENCE, THEREFORE, I AM ASKING ERIN MOLISANI TO PROVIDE HARD PHOTO COPIES OF THE SCENE FROM THE VANTAGE POINT OF ATTORNEY VISIT 'A' FRAME # 146 THROUGH THE TIME I AM IN THE SITTING POSITION AND THROUGH WHEN I AM IN THE PRONE POSITION, AND THROUGH WHEN OFFICER THOMPSON MOVES ON TOP ON TOP OF ME, AND IS OUT OF THE SIGHT OF THE VIDEO COVERAGE. AND USE THE SAME APPROACH FROM THE VANTAGE POINT FOR ATTORNEY VISIT 'B' FROM FRAME # 107 THROUGH WHEN THE OFFICER THOMPSON LEAVES THE SCENE.

THE PURPOSE OF THIS YOUR HONOR, IS THAT THIS VIDEO COVERAGE IS NEVER CLEAR, AND THE CAMERA POSITION IS AN ARGUMENT THAT HAS MERIT, BECAUSE THE PHOTOS, THAT WERE SECURED WERE OUT OF FOCUS AND CROPPED BY ZOOMING IN. ADDITIONALLY, IF IT IS THE PRACTICE TO PLACE HOUSED INDIVIDUALS ON THE FLOOR IN A PRONE POSITION, THEN THE FACILITY CONTROL ROOMS FOR VIDEO COVERAGE KNOW THAT THE VIDEO POSITIONS HAVE BLIND SPOTS AND AREAS DON'T PROVIDE COVERAGE OF THE FLOOR.

I DO NOT KNOW, IF THE COURT WILL ALLOW THIS RELIEF. HOWEVER I DO BELIEVE THIS INFORMATION SHOULD BE PROVIDED, IN HARD COPY FORM, BECAUSE, I HAVE NEVER BEEN ABLE TO SEE THE ACTUAL FRAMES BECAUSE OF THE VIDEO TECHNICAL PROBLEMS, AND POOR QUALITY OF THE VIDEO ITSELF.

CLOSING, I WISH TO AMEND MY BRIEF'S, AND PROVIDE THE REBUTTAL TO THE POINTS PROVIDED BY THE DEFENDANT'S COUNSEL. PLEASE RESPOND TO THE ADDRESS LISTED BELOW.

RESPECTFULLY SUBMITTED,

MARK DUBLINO    DIN 18-B-0793
WENDE CORRECTIONAL FACILITY
3040 WENDE ROAD
ALDEN, NEW YORK  14004

cc: ERIN MOLISANI, esq
    DEFENDANTS COUNSEL

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

**CERTIFICATE OF SERVICE***

MARK, DUBLNO,

        PLAINTIFF-APPELLANT     Docket Number: __22-198__

v.

SGT. JUSTIN BIEGAJ, SGT. ROBERT DEE,
DEP. BRIAN THOMPSON, DEP FRANK GELSTER,
SGT. CROSS, SGT. ROBINSON, DEP. P. GIARADINA,
DEP. SHAWN WILSO

I, __MARK DUBLINO__, hereby certify under penalty of perjury that
      (print name)
on __FEBRUARY 28th 2023__, I served a copy of __LETTER TO THE COURT FOR EXTENSION__
      (date)
__TO PROVIDE REBUTTAL BRIEF'S AND TO RECEIVE ADDITIONAL VIDEO PHOTO FRAMES OF THE SCENE__
      (list all documents)

by (select all applicable)**

___ Personal Delivery     _XX_ United States Mail     ___ Federal Express or other Overnight Courier

___ Commercial Carrier     ___ E-Mail (on consent)

on the following parties:

| Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| U.S COURT OF APPEALS, | 2nd CIRCUIT, 40 FOLEY SQUARE, | NEW YORK, | N.Y. | 10007 |
| DEPARTMENT OF LAW, ERIN MOLISANI, esq | 95 FRANKLIN ST. RM 1634, | BUFFALO, | NY | 14202 |
| | | | | |
| | | | | |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

__FEBUARY 28th 2023__                      [signature]
  Today's Date                                   Signature

Certificate of Service Form (Last Revised 12/2015)

**WENDE CORRECTIONAL FACILITY**
Wende Rd., P.O. Box 1187
Alden, New York 14004-1187

NAME: MARK DUBLINO   DIN: 18-B-0793



UNITED STATES COURT OF APPEALS
SECOND CIRCUIT
HON. CATHERINE O'HAGAN WOLFE
40 FOLEY SQUARE
NEW YORK, NEW YORK 10007

LEGAL MAIL

1000781503 C098

NEW YORK STATE
DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
OFFENDER CORRESPONDENCE PROGRAM

NAME: Mark Dubuno  DIN: 18-B-0793



US POSTAGE $000.60
03/10/2023
ZIP 14004
041M11281621

CORRECTIONAL FACILITY