## United States Court of Appeals for the Second Circuit
### Thurgood Marshall U.S. Courthouse
### 40 Foley Square
### New York, NY 10007

| | |
|---|---|
| **DEBRA ANN LIVINGSTON**<br>CHIEF JUDGE | **CATHERINE O'HAGAN WOLFE**<br>CLERK OF COURT |

Date: April 05, 2023  
Docket #: 22-198  
Short Title: Dublino v. Biegaj

DC Docket #: 19-cv-6269  
DC Court: WDNY (ROCHESTER)  
DC Judge: Larimer  
DC Judge: Pedersen

## CASE STATUS UPDATE NOTICE

In response to your letter dated 02/28/2023, your appeal is proceeding in the normal course, You can submit an Amended Brief as soon as possible. Please note the attached copy of the docket sheet.

Inquiries regarding this case may be directed to 212-857-8514.