UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
THURGOOD MARSHALL U.S. COURTHOUSE
40 FOLEY SQUARE
NEW YORK, NEW YORK 10007

MAY 7th 2023

RE: DC DOCKET # 19-cv-6269
DC COURT: WDNY
DOCKET # 22-198 FROM APRIL 5th 2023
SHORT TITLE: DUBLINO v. BIEGAJ

I AM RESPONDING TO YOUR LETTER CORRESPONDENCE DATED APRIL 5th 2023, REGARDING THE NORMAL COURSE OF THE ABOVE NAMED PROCEEDINGS.

YOU STATED THAT "I CAN SUBMIT AN AMENDED BRIEF AS SOON AS POSSIBLE," AND INCLUDED THE COPY OF THE DOCKET SHEET ACTIVITY.

I DID NOT RECEIVE THIS THE LEGAL PARCEL UNTIL MAY 2nd 2023, PLEASE SEE COPY OF THE ENVELOPE, WHICH HAS THE TIME/DATE STICKER OF APRIL 29th 2023.

THEREFORE, I AM CURRENTLY WORKING ON THE AMENDED BRIEF FROM THIS DATE. ALSO, I AM ASKING THE COURT TO FORMALLY GIVE A DEADLINE ON THIS ISSUE, SO I MAY HAVE A SET TARGET DATE, AND THIS WILL AFFORD MYSELF TO RECEIVE SPECIAL STATUS WHEN ATTENDING THE LAW LIBRARY AT THE WENDE CORRECTIONAL FACILITY.

THIS CORRESPONDENCE WILL SERVE AS NOTICE FOR AN EXTENTION OF (60) DAYS TO ALLOW MYSELF ENOUGH TIME TO PERFECT THE APPEAL BRIEFS, BECAUSE AS YOU SEE THE MAIL WAS HELD BACK AT THE FACILITY AND THEY OPENED THE PARCEL BEFORE I RECEIVED IT.

THANK YOU FOR YOUR HELP IN THIS MATTER, AND SEND ALL CORRESPONDENCES TO THE ADDRESS LISTED BELOW.

SINCERLEY,
MARK DUBLINO, DIN 18-B-0793
WENDE CORRECTIONAL FACILITY
3040 WENDE ROAD
ALDEN, NEW YORK 14004

cc: file/mtd

CLERK'S OFFICE
**UNITED STATES COURT OF APPEALS**
UNITED STATES COURTHOUSE
FOLEY SQUARE
NEW YORK, NY 10007

OFFICIAL BUSINESS

Mark Thomas Dublino
#18-B-0793
Wende Correctional Facility
3040 Wende Road
P.O. Box 1187
Alden, NY 14004

LEGAL MAIL—Open only in the presence of the inmate.
See 28 C.F.R. 540.18, 540.19(a), 540.2(c).

WEND187
140045314-1N
04/29/23

**WENDE CORRECTIONAL FACILITY**
Wende Rd., P.O. Box 1187
Alden, New York 14004-1187

NAME: Mark DuBlino   DIN: 18-B-0793

LEGAL MAIL

NEOPOST
05/16/2023
US POSTAGE $000.60⁰
FIRST-CLASS MAIL
ZIP 14004
041M11281621

WENDE ★ CORRECTIONAL FACILITY

1000731503 0099

United States Court of Appeals
Second Circuit
Thurgood Marshal. U.S. Courthouse
40 Foley Square
New York, N.Y. 10007

NEW YORK STATE
DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
OFFENDER CORRESPONDENCE PROGRAM

NAME: Mark DuBlino   DIN: 18-B-0793

♻ Printed On Recycled Paper