# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s):** 22-198

**Caption [use short title]**

**Motion for:** APPEAL FOR AMENDED BRIEF BY CASE UPDATE APRIL 5th 2023

MARK THOMAS DUBLINO,
                    PLAINTIFF
        v
SGT JUSTIN BIEGAJ, et al
                    DEFENDANTs

**Set forth below precise, complete statement of relief sought:**

EXCESSIVE FORCE USED BY OFFICERs, PLAINTIFF WAS DENIED IMMEDIATE MEDICAL ATTENTION TO INJURIES SUFFERED FROM ENTIRE ALLEGED INCIDENT, PLAINTIFFs "DUE PROCESS" WHILE IN CUSTODY WAS COMPLETELY VIOLATED, THE EXCESSIVE FORCE WAS CAPTURED ON SURVEILLANCE VIDEO & BY PHOTOs

**MOVING PARTY:** MARK DUBLINO         **OPPOSING PARTY:** DEPARTMENT OF LAW (ERIE COUNTY)

[XX] Plaintiff    [ ] Defendant          FOR THE DEFENDANTS
[ ] Appellant/Petitioner  [ ] Appellee/Respondent

**MOVING ATTORNEY:** MARK DUBLINO "PRO SE"    **OPPOSING ATTORNEY:** ERIN MOLISANI, esq
[name of attorney, with firm, address, phone number and e-mail]

**Court- Judge/ Agency appealed from:** WESTERN DISTRICT OF NEW YORK  DAVID LARIMER  19-cv-6261

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
[X] Yes  [ ] No (explain):

Opposing counsel's position on motion:
[ ] Unopposed  [X] Opposed  [ ] Don't Know
Does opposing counsel intend to file a response:
[ ] Yes  [ ] No  [XX] Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below?  [ ] Yes  [ ] No
Has this relief been previously sought in this court?  [ ] Yes  [ ] No
Requested return date and explanation of emergency:

Is oral argument on motion requested?  [ ] Yes  [X] No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?  [ ] Yes  [X] No  If yes, enter date:

**Signature of Moving Attorney:**
_signature_  Date: 5/25/2023  Service by: [ ] CM/ECF  [X] Other [Attach proof of service]

Form T-1080 (rev.12-13)

Provide a statement that identifies the relevant facts and makes a showing of likely merit as to each issue you intend to present on appeal. See Local Rule 24.1

1) THE PLAINTIFF WAS INVOLVED WITH AN ALLEGED INCIDENT WHILE HOUSED IN THE ERIE COUNTY HOLDING CENTER (ECHC) THE OFFICER ON DUTY WAS NOT PAYING ATTENTION, BY PROVIDING CARE, CUSTODY & CONTROL;

2) THE PLAINTIFF USED JUSTIFICATION DEFENSE, RETREATED, THEN WAS MALICIOUSLY JUMPED ON BY NO LESS THAN (10) OFFICERS, CAUGHT ON VIDEO & BY PHOTOs (EXCESSIVE FORCE)

3) OFFICERs CONTINUED THE EXCESSIVE FORCE IN CORRIDORS & ELEVATORS WHERE VIDEO WAS NOT PERSERVED AS EVIDENCE, THEN CONTINUED EXCESSIVE FORCE IN FRONT OF (ECHC) MEDICAL STAFF!

4) THE (ECHC) DENIED INDEPENDANT MEDICAL EXAMINATION @ A HOSPITAL; ON THE INJURIES THE PLAINTIFF WAS SUFFERING FROM, INCLUDING THE DOG BITE MARKS TO THE PLAINTIFFs HAND & LEG!

5) THE (ECHC) FAILED TO PROVIDE THE "DUE PROCESS" REQUIRED TO AN INDIVIDUAL WHO WAS NOT SENTENCED. (THE INDICTMENT IS IN THE DIRECT APPEAL STAGE) WHERE THE SENTENCING COURT VIOLATED THE PLAINTIFFs "DUE PROCESS RIGHTs" AS THE DEFENDANT, INCLUDING NO JURISDICTION

6) MY OPPORTUNITY TO EXHAUST REMEDIES WAS NEVER MADE AVAILABLE, WHEN THE PLAINTIFF WAS INCAPACITATED, WITHOUT PEN OR PAPERR

7) THE DEFENDANTS COUNSEL, ONLY MENTIONS THAT I WAS CONVICTED OF THE ALLEGED INCIDENT, HOWEVER, FAILS TO MENTION THAT THE CONVICTION IS IN DIRECT APPEAL, AND WILL BE REVERSED ON LAW (PL 35.15) ALONG WITH THAT MY RIGHT TO SELF REPRESENT WAS DENIED UNCONSTITUTIONA BECAUSE CERTAIN TRIAL TRANSCRIPTs ARE BEING CONCEALED & RECONSTRUCTION HEARING ARE IN ORDER; ALONG WITH THE GRAND JURY PROCEEDINGs, WHERE PL 38.15 WAS NOT CHARGED, (NO TRUE BIL

8) THE PLAINTIFF STILL SUFFERs FROM PAIN, CAUSED BY THE EXCESSIVE FORCE COMMITTED BY OFFICERs WHEN THE PLAINTIFF WAS FACE DOWN IN THE PRONE POSITION, WITHOUT RESISTING!

9) THE (ECHC) HAS A HISTORY OF EXCESSIVE FORCE ISSUES & DEATHs TO INDIDAULS HELD IN CUSTO YET PROVIDES NO TRANSPARENCY, & STILL HAS ISOLATED CAMERAS IN PLACE TO CAPTURE INCIDEN

10) THE (ECHC) CONDUCTED NO INTERNAL HEARINGS ON THE ALLEGED INCIDENT, DENYING THE PLAINTI "DUE PROCESS RIGHTs" TO CALL THE ONLY WITNESS, WHO WAS NOT PAYING ATTENTION, AND ONLY VIEWED THE ALLEGED INCIDENT FOR BRIEF SECOND, HE WAS EXCLUDED AS A WITNESS AT THE GRAND JURY PROCEEDINGS, AND WAS LATER DISMISSED FROM (ECHC) AS A DEPUTY; THIS WITH THE FACT THAT THE EXCESSIVE FORCE WAS CAPTURED ON VIDEO, AND THAT THE PLAINTIFF WAS ONLY EXAMINED BRIEFLY BY (ECHC) EMPLOYEED MEDICAL STAFF, DEPRIVED & PREJUDICED THE PLAINTII ON THE ENTIRE PROCEEDINGS, OF "DUE PROCESS" & "EQUAL PROTECTION OF THE LAWS"

*[signature]* 05/25/2023

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

MARK THOMAS DUBLINO,
                    PLAINTIFF
        v.
SGT JUSTIN BIEGAJ, et al,
                    DEFENDANTS

**CERTIFICATE OF SERVICE***

Docket Number: 22-198

I, __MARK DUBLINO__, hereby certify under penalty of perjury that
        (print name)
on __MAY 25th 2023__, I served a copy of __MOTION INFORMATION STATEMENT,
        (date)
BRIEF STATEMENT OF RELEVANT FACTs, LETTER TO THE COURT__
                            (list all documents)

by (select all applicable)**

___ Personal Delivery          XX  United States Mail          ___ Federal Express or other
                                                                   Overnight Courier

___ Commercial Carrier         ___ E-Mail (on consent)

on the following parties:

UNITED STATES COURT OF APPEALS, US COURTHOUSE, 40 FOLEY SQUARE, NEW YORK, NY 10007

| Name | Address | City | State | Zip Code |
|---|---|---|---|---|

DEPARTMENT OF LAW, ERIN MOLISANI, 95 FRANKLIN ST(RM 1634) BUFFALO, NY 14202

| Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| Name | Address | City | State | Zip Code |
| Name | Address | City | State | Zip Code |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

MAY 25th 2023

Today's Date                                                    Signature

Certificate of Service Form (Last Revised 12/2015)

**WENDE CORRECTIONAL FACILITY**
Wende Rd., P.O. Box 1187
Alden, New York 14004-1187

NAME: Mark Dibuno    DIN: 18-B-0793

USM 4LD
SDNY

LEGAL MAIL
FOUR (4) DOCUMENTS

Clerk of Court
U.S. Court of Appeals, 2ND Circuit
U.S. Courthouse
40 Foley Square
New York, NY, 10007



WENDE
CORRECTIONAL FACILITY

NEOPOST       FIRST-CLASS M
05/26/2023
US POSTAGE $000.60

ZIP 14004
041M112816