# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

      At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 1st day of June, two thousand twenty-three.

_____

Mark Thomas Dublino,

        Plaintiff - Appellant,

v.

Sgt. Justin Biegaj, Sgt. Robert Dee, Dep. Brian Thompson, Dep. Frank Gelster, Sgt. Cross, Sgt. Robinson, Dept. P. Giardina, Dept. Shawn Wilson,

        Defendants – Appellees.

_____

**ORDER**

Docket No. 22-198

      Appellant, pro se, moves for leave to file an amended brief. Appellees take no position on the motion.

      IT IS HEREBY ORDERED that the motion is GRANTED. Appellant's amended brief must be filed within 30 days of the date of this order.

                                  For the Court:
                                  Catherine O'Hagan Wolfe,
                                  Clerk of Court

