UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
U.S. COURTHOUSE
40 FOLEY SQUARE
NEW YORK, NEW YORK 10007            JUNE 28th 2023

RE: DC DOCKET # 19-CV-6269
DC COURT: W.D.N.Y.
DOCKET # 22 - 198
SHORT TITLE: DUBLINO v. BIEGAJ et. al.,

DEAR CLERK OF THE COURT

    I AM AGAIN REQUESTING AN EXTENTION, DUE TO THE INABILITY OF MYSELF TO ATTEND THE LAW LIBRARY AT THE WENDE CORRECTIONAL FACILITY, WITHOUT BEING RESTRICTED FROM ADVANCING MY CLAIMS and SUBMITTED A PERFECTED BRIEF REGARDING THIS APPEAL. I CANNOT ATTEND THE LAW LIBRARY WITHOUT A SET DEADLINE, SO I AM ABLE TO HAVE SPECIAL ACCESS TO THE FACILITY LAW LIBRARY.

    PLEASE PROVIDE SUCH DOCUMENT, WITH A DEADLINE SO I MAY BE ABLE TO ATTEND THE LAW LIBRARY WITHOUT RESTRICTIONS. I ALSO WILL NEED ADDITIONAL TIME TO PERFECT THE BRIEFS AND SUBMIT THEM THROUGH THE LITTLE LEGAL FUNDS AVAILABLE FOR OUTGOING LEGAL MAIL, WHERE I AM INDIGENT, AND THE FACILITY ONLY ALLOWS (5) FREE POSTAGE STAMPS PER WEEK, AND WILL NOT TRACK A FREE MONTHLY ADVANCEMENT WHEN PARCELS ARE OVER THE WEIGHT AND OVER THE FREE ALLOTTED (5) POSTAGE STAMPS. THEY FORCE AN INCARECERATED INDIVIDUAL TO BE CHARGED FOR LEGAL MAIL THAT IS FREE, USING A DISBURSEMENT CHARGE.

    ALSO, THE FACILITY HAS HAD RECENT PROBLEMS WITH THE COPIER MACHINE AND THE FACILITY PRINTER HAS ALSO BEEN DOWN, DUE TO BACK ORDERS ON THE CARBON INSERT. ALL OF THESE ISSUES HAVE BEEN GRIEVED BY THE PLAINTIFF/APPELLANT, AND I AM CURRENTLY WAITING ON THE GRIEVANCE PROBLEM TO BE RESOLVED.

    THEREFORE, I AM SUBMITTING WITH THIS CORRESPONDENCE,
1) MOTION INFORMATION STATEMENT
2) CERTIFICATE OF SERVICE
3) PREVIOUS LETTER DATED JUNE 13th 2023, ADDRESSED TO THIS COURT.

    WITH ALL THINGS EQUAL REGARDING THIS DOCKET, I ASK THIS COURT RESPECFULLY TO GRANTED RELIEF, SO I AM ABLE TO COMPLETE THE LEGAL PROCEDINGS IN THIS MATTER.

    I AM CONFIDENT, THAT MY ANSWERING BRIEF WILL BE COMPLETED BY NO LATER THAN, AUGUST 31st 2023, AND FROM THIS POINT WILL SUFFICE TO PRESENT MY ARGUMENT WITH CASE LAW TO SUPPORT THE APPEAL. PLEASE SEND ALL ANSWERS TO THE ADDRESS LISTED BELOW, CONFIRMING THE DEADLINE OF AUGUST 31st 2023, DUE TO THE CIRCUMSTANCES MENTIONED ABOVE, AND THANK YOU.

MARK DUBLINO, DIN 18-B-0793
WENDE CORRECTIONAL FACILITY
3040 WENDE ROAD
ALDEN, NEW YORK 14004

cc: ERIN MOLISANI, esq.
    COUNSEL FOR THE DEFENDANTS
    file/mtd

UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
U.S. COURTHOUSE
40 FOLEY SQUARE
NEW YORK, NEW YORK 10007

JUNE 13th 2023

RE: DC DOCKET # 19-cv0 6269
DC COURT: W.D.N.Y.
DOCKET # 22-198
SHORT TITLE: DUBLINO v. BIEGAJ et. al.,

DEAR CLERK OF THE COURT:

I AM IN RECEIPT OF THE ORDER FOR THE ABOVE MENTIONED DOCKET, ON JUNE 13th 2023.

AS I HAVE STATED ON PREVIOUS CORRESPONDENCES, REGARDING THE LEAVE TO FILE AN AMENDED BRIEF, BY A DEADLINE FOR ACCESS TO THE LAW LIBRARY WITHIN THE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION.

THE DEADLINE ON THE ORDER, DATED JUNE 1st 2023, THAT THE AMENDED BRIEF BE FILED WITHIN (30) DAYS, BY JULY 1st 2023, WILL NOT ALLOW MYSELF TO FINISH THE PERFECTED BRIEF BY THAT DATE, DUE TO THE PENDING APPROVAL OF SPECIAL ACCESS TO THE LAW LIBRARY.

THEREFORE, AT THIS TIME, I AM REQUESTING THE COURTS APPROVAL, FOR AN ADDITIONAL (30) DAYS TO COMPLETE THE PERFECTED BRIEFS, BY JULY 31st 2023.

PLEASE SEND ALL CORRESPONDENCES AND DECISIONS TO THE ADDRESS LISTED BELOW. THANK YOU.

RESPECTFULLY,

MARK DUBLINO, DIN 18-B-0793
WENDE CORRECTIONAL FACILITY
3040 WENDE ROAD
ALDEN, NEW YORK 14004

cc: ERIN MOLISANI, esq.
    COUNSEL FOR DEFENDANTS

    file/mtd

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse 40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s):** 19-CV-6269-DGL W.D.N.Y. & 22-198

**Caption [use short title]**

**Motion for:** APPEAL TO THE JUDGEMENT, THAT THE APPELLANT DID NOT HAVE THE OPPORTUNITY TO EXHAUST THE GRIEVANCE PROCESS.

MARK DUBLINO, APPELLANT

v.

JUSTIN BIEGAJ, et. al.,

**Set forth below precise, complete statement of relief sought:**

THE APPEAL IS TO REINSTATE THE ACTION BEFORE THE WESTERN DISTRICT OF NEW YORK, WHERE EXCESSIVE FORCE, AND DUE PROCESS VIOLATIONS OCCURRED AGAINST THE PLAINTIFF

RECEIVED 2023 JUL 18 AM 11:31 CLERK'S OFFICE U.S. COURT OF APPEALS

**MOVING PARTY:** MARK DUBLINO
**OPPOSING PARTY:** ERIN MOLISANI, COUNSEL

[X] Plaintiff   [ ] Defendant
[ ] Appellant/Petitioner   [ ] Appellee/Respondent

EMPLOYEES AT THE ERIE COUNTY HOLDING CENTER, FOR ERIE COUNTY, NEW YORK

**MOVING ATTORNEY:** MARK DUBLINO "PRO SE"
**OPPOSING ATTORNEY:** ERIN MOLISANI, esq.

[name of attorney, with firm, address, phone number and e-mail]

WENDE CORRECTIONAL FACILITY
3040 WENDE ROAD, ALDEN, N.Y. 14004

DEPARTMENT OF LAW
95 FRANKLIN ST. - RM 1634
BUFFALO, NEW YORK 14202

**Court- Judge/ Agency appealed from:** DAVID LARIMER

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1)?
[XX] Yes  [ ] No (explain):

Opposing counsel's position on motion:
[ ] Unopposed  [XX] Opposed  [ ] Don't Know

Does opposing counsel intend to file a response:
[ ] Yes  [ ] No  [XX] Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**

Has this request for relief been made below?  [X] Yes [ ] No
Has this relief been previously sought in this court?  [X] Yes [ ] No
Requested return date and explanation of emergency:

AUGUST 31st 2023, TO FILE ANSWER IN BRIEFS

Is oral argument on motion requested?  [ ] Yes [XX] No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?  [ ] Yes [ ] No If yes, enter date:

**Signature of Moving Attorney:** _[signature]_  **Date:** June 28th 2023  **Service by:** [ ] CM/ECF  [X] Other [Attach proof of service]

Form T-1080 (rev.12-13)

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

MARK DUBLINO,
    PLAINTIFF/APPELLANT

v.

JUSTIN BIEGAJ, et. al.,
    DEFENDANTS/APPEALS

**CERTIFICATE OF SERVICE**

Docket Number: 22-198

RECEIVED 2023 JUL 18 AM 11:30 CLERK'S OFFICE U.S. COURT OF APPEALS

I, **MARK DUBLINO** (print name), hereby certify under penalty of perjury that on **JUNE 28th 2023** (date), I served a copy of **LETTER TO THE COURT OF APPEALS, PREVIOUS LETTER DATED JUNE 13th 2023, & MOTION INFORMATION STATEMENT**
(list all documents)

by (select all applicable)**

___ Personal Delivery    **XX** United States Mail    ___ Federal Express or other Overnight Courier

___ Commercial Carrier    ___ E-Mail (on consent)

on the following parties:
CLERK OF THE COURT, UNITED STATES COURT OF APPEALS, 40 FOLEY SQUARE, NEW YORK 10007

| Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| ERIN MOLISANI, esq. | 95 FRANKLIN ST., | BUFFALO, | NEW YORK | 14202 (RM 1634) |
| Name | Address | City | State | Zip Code |
| Name | Address | City | State | Zip Code |
| Name | Address | City | State | Zip Code |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

JUNE 28th 2023
Today's Date                                 Signature

Certificate of Service Form (Last Revised 12/2015)

**WENDE CORRECTIONAL FACILITY**
Wende Rd., P.O. Box 1187
Alden, New York 14004-1187

NAME: MARK DUBLINO        DIN: 18-B-0793

WENDE
CORRECTIONAL FACILITY

NEOPOST            FIRST-CLASS MAIL
07/13/2023
US POSTAGE  $000.63⁰

ZIP 14004
041M11281621

UNITED STATES COURT OF APPEALS
FOR NEW YORK STATE
CLERK OF COURT
40 FOLEY SQUARE
NEW YORK, NEW YORK   10007

LEGAL MAIL

100781561 C0S9

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:
MARK DUBLINO,
    PLAINTIFF/APPELLANT,
v.
JUSTIN BIEGAJ, et. al.,
    DEFENDANTS/APPELLES

**CERTIFICATE OF SERVICE**
Docket Number: 22-198

I, MARK DUBLINO (name), hereby certify under penalty of perjury that on JUNE 13th 2023 (date), I served a copy of THE PLAINTIFF'S/APPELANT'S EXTENSION REQUEST, TO SERVE AND FILE AN AMENDED BRIEF. BY JULY 31st 2023

(list all documents)

by (select all applicable)*

[XX] United States Mail
[ ] Federal Express
[ ] Overnight Mail
[ ] Facsimile
[ ] E-mail
[ ] Hand delivery

RECEIVED 2023 JUN 20 PM 2:19 CLERK'S OFFICE U.S. COURT OF APPEALS

on the following parties (complete all information and add additional pages as necessary):
CLERK OF THE COURT, UNITED STATES COURT OF APPEALS, 40 FOLEY SQUARE, NEW YORK, NY 10007

| Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| ERIN MOLISANI, | 95 FRANKLIN STREET, ROOM 1634, | BUFFALO, | NEW YORK | 14202 |
| Name | Address | City | State | Zip Code |
| Name | Address | City | State | Zip Code |
| Name | Address | City | State | Zip Code |

JUNE 13th 2023
Today's Date

Signature

*If different methods of service have been used on different parties, please indicate on a separate page, the type of service used for each respective party.

MARK DUBLINO, DIN 18-B-0793
WENDE CORRECTIONAL FACILITY
3040 WENDE ROAD
ALDEN, NEW YORK 14004

Certificate of Service Form

UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
U.S. COURTHOUSE
40 FOLEY SQUARE
NEW YORK, NEW YORK 10007

JUNE 13th 2023

RE: DC DOCKET # 19-cv- 6269
    DC COURT: W.D.N.Y.
    DOCKET # 22-198
    SHORT TITLE: DUBLINO v. BIEGAJ et. al.,

DEAR CLERK OF THE COURT:

I AM IN RECEIPT OF THE ORDER FOR THE ABOVE MENTIONED DOCKET, ON JUNE 13th 2023.

AS I HAVE STATED ON PREVIOUS CORRESPONDENCES, REGARDING THE LEAVE TO FILE AN AMENDED BRIEF, BY A DEADLINE FOR ACCESS TO THE LAW LIBRARY WITHIN THE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION.

THE DEADLINE ON THE ORDER, DATED JUNE 1st 2023, THAT THE AMENDED BRIEF BE FILED WITHIN (30) DAYS, BY JULY 1st 2023, WILL NOT ALLOW MYSELF TO FINISH THE PERFECTED BRIEF BY THAT DATE, DUE TO THE PENDING APPROVAL OF SPECIAL ACCESS TO THE LAW LIBRARY.

THEREFORE, AT THIS TIME, I AM REQUESTING THE COURTS APPROVAL, FOR AN ADDITIONAL (30) DAYS TO COMPLETE THE PERFECTED BRIEFS, BY JULY 31st 2023.

PLEASE SEND ALL CORRESPONDENCES AND DECISIONS TO THE ADDRESS LISTED BELOW. THANK YOU.

RESPECTFULLY,

MARK DUBLINO, DIN 18-B-0793
WENDE CORRECTIONAL FACILITY
3040 WENDE ROAD
ALDEN, NEW YORK 14004

cc: ERIN MOLISANI, esq.
    COUNSEL FOR DEFENDANTS

    file/mtd

**WENDE CORRECTIONAL FACILITY**
Wende Rd., P.O. Box 1187
Alden, New York 14004-1187

NAME: MARK DUBLINO  DIN: 48-B-0793



WENDE
CORRECTIONAL FACILITY

NEOPOST
06/14/2023
US POSTAGE $000.60



FIRST-CLASS MAIL

ZIP 14004
041M11281621

UNITED STATES COURT OF APPEALS
FOR NEW YORK STATE
ATTN: CLERK OF COURT
40 FOLEY SQUARE
NEW YORK, NEW YORK 10007

**LEGAL MAIL**
(4) LEGAL Doc's

1000781561 C099

NEW YORK STATE
DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
OFFENDER CORRESPONDENCE PROGRAM

NAME: MARK DuBLiND   DIN: 18-B-0793

Printed on Recycled Paper