# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 20th day of July, two thousand twenty-three.

Before:         José A. Cabranes,
                    *Circuit Judge,*

_____

Mark Thomas Dublino,

          Plaintiff - Appellant,

    v.

Sgt. Justin Biegaj, Sgt. Robert Dee, Dep.
Brian Thompson, Dep. Frank Gelster,
Sgt.  Cross, Sgt.  Robinson, Dept. P. Giardina,
Dept. Shawn Wilson,

          Defendants – Appellees.

_____

**ORDER**

Docket No. 22-198

Appellant, pro se, moves for an extension of time until August 31, 2023 to file an amended brief.

IT IS HEREBY ORDERED that the motion is GRANTED, absent objection.

For the Court**:**

Catherine O'Hagan Wolfe,
Clerk of Court