UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
_____

| | |
|---|---|
| MARK THOMAS DUBLINO,<br>        *Plaintiff-Appellant*, | **DEFENDANTS-**<br>**APPELLEES'**<br>**AFFIRMATION IN**<br>**SUPPORT OF THEIR**<br>**MOTION FOR LEAVE**<br>**TO FILE A**<br>**SUPPLEMENTAL**<br>**BRIEF** |
| v. | |
| SGT. JUSTIN BIEGAJ, SGT. ROBERT DEE, DEP. BRIAN THOMPSON, DEP. FRANK GELSTER, SGT. CROSS, SGT. ROBINSON, DEP. P. GIARDINA, DEP. SHAWN WILSON,<br>        *Defendants-Appellees*, | Docket no. 22-198 |
| C.O. VINCENT TERRANA,<br>        *Defendant*. | |

_____

STATE OF NEW YORK)
COUNTY OF ERIE        )
CITY OF BUFFALO      )

    Erin E. Molisani, being first duly sworn, deposes and says under penalty of perjury and pursuant to 28 U.S.C. § 1746 that the following is true and correct:

    1.    I am an attorney at law admitted to practice before this Court and am an Assistant County Attorney to Jeremy C. Toth, Esq., Erie County Attorney and counsel for defendants-appellees ("hereafter "defendants") in the above-named matter. In this capacity, I am fully familiar with the facts and circumstances of this litigation.

2. I offer this Attorney Affirmation in support of defendants' motion for leave to serve a supplemental brief.

3. Previously, plaintiff filed his appellant's brief on November 1, 2022 (Dkt. No. 54).

4. Defendants filed their respondents' brief on January 31, 2023 (Dkt. No. 75).

5. Plaintiff then asked for permission to file an amended brief by letter dated February 28, 2023 (Dkt. No. 84).

6. After several extensions (Dkt. No. 87, 91, 93), plaintiff filed an amended brief, although it was not designated as such on the document itself (Dkt. No. 100).

7. Defendants seek permission to file a supplemental brief addressing arguments raised in plaintiff's "amended" brief.

8. Because defendants continue to rely on arguments already made in their initial brief, defendants envision any further brief to be supplemental versus amended.

9. Should the Court grant this request, defendants request 30 days from the date of the Court's decision to file their supplemental respondents' brief.

**WHEREFORE**, defendants-appellees respectfully ask for an Order from this Court granting them leave to file a supplemental brief, and further allowing for 30

days from the date of any such order granting that relief for defendants to file the supplemental brief, together with such other and further relief as to this Court may seem necessary and just.

Dated:   Buffalo, New York
         September 13, 2023          **JEREMY C. TOTH**
                                     *Erie County Attorney*

                                     s/ *Erin E. Molisani*
                                     Erin E. Molisani
                                     Assistant County Attorney
                                     95 Franklin Street, Room 1634
                                     Buffalo, New York 14202
                                     Telephone: (716) 858-2216
                                     Email: erin.molisani@erie.gov

**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**

Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

**MOTION INFORMATION STATEMENT**

Docket Number(s): **22-198**                                        Caption [use short title]

Motion for: **leave to file supplemental brief**

Set forth below precise, complete statement of relief sought:
**leave to file a supplemental brief in response to the "amended" brief plaintiff-appellant filed, and 30 days from the date of any decision granting this relief to file our supplemental brief**

**Dubino v. Biegaj**

MOVING PARTY: **defendants-appellees**     OPPOSING PARTY: **plaintiff-appellant**

☐ Plaintiff   ☐ Defendant
☐ Appellant/Petitioner   ✓ Appellee/Respondent

MOVING ATTORNEY: **Erin E. Molisani, Esq.**   OPPOSING ATTORNEY: _____
[name of attorney, with firm, address, phone number and e-mail]
**95 Franklin Street, Room 1634**
**Buffalo, NY 14202**
**(716) 858-2216; erin.molisani@erie.gov**

Court- Judge/ Agency appealed from: **Hon. David Larimer, WDNY**

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☐ Yes ✓ No (explain): **pro se prisoner**

Opposing counsel's position on motion:
☐ Unopposed ☐ Opposed ✓ Don't Know
Does opposing counsel intend to file a response:
☐ Yes ☐ No ✓ Don't Know

Is oral argument on motion requested?  ☐ Yes ✓ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?  ☐ Yes ✓ No  If yes, enter date: _____

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below?  ☐ Yes ☐ No
Has this relief been previously sought in this court?  ☐ Yes ☐ No
Requested return date and explanation of emergency: _____

**Signature of Moving Attorney:**
s/ **Erin E. Molisani**      Date: **9/13/23**    Service by: ☐ CM/ECF ✓ Other [Attach proof of service]

Form T-1080 (rev.12-13)

## CERTIFICATE OF SERVICE

I hereby certify that on September 13, 2023, I mailed the foregoing Defendants-Respondents' Attorney Affirmation in Support of their Motion to Serve Supplemental Brief and Motion Statement by United States Postal Service, to the following non-CM/ECF participant at the following address, which is his last known address:

Mark Dublino
18-B-0793
Wende Correctional Facility
3040 Wende Road
P.O. Box 1187
Alden, New York 14004

DATED:  Buffalo, New York
September 13, 2023

**JEREMY C. TOTH**
*Erie County Attorney*

By: */s/ Erin E. Molisani*
Erin E. Molisani
95 Franklin Street, Room 1634
Buffalo, New York 14202
Telephone: (716) 858-2208
Email: erin.molisani@erie.gov