# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 29th day of September, two thousand twenty-three.

Before: William J. Nardini,
    *Circuit Judge*,

_____

Mark Thomas Dublino,

    Plaintiff - Appellant,

v.

Sgt. Justin Biegaj, Sgt. Robert Dee, Dep. Brian Thompson, Dep. Frank Gelster, Sgt. Cross, Sgt. Robinson, Dept. P. Giardina, Dept. Shawn Wilson,

    Defendants – Appellees.

_____

**ORDER**

Docket No. 22-198

Appellees move for leave to file a supplemental brief addressing arguments raised in Appellant's amended brief.

IT IS HEREBY ORDERED that the motion is GRANTED. Appellees' supplemental brief is due October 30, 2023.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

