## **CERTIFICATE OF SERVICE**

I certify that one copy of the Supplemental Brief for Defendants-Appellees, was served via U.S. Mail on the party listed below:

>MARK THOMAS DUBLINO, Pro Se
>PLAINTIFF-APPELLANT
>WENDE CORRECTIONAL FACILITY
>3040 WENDE ROAD
>P.O. BOX 1187
>ALDEN, NEW YORK 14004

Dated: October 17, 2023

>ERIE COUNTY DEPARTMENT OF LAW
>
>/s/ Erin Molisani, Esq.
>Erin Molisani, Esq.
>
>95 Franklin Street, Room 1634
>Buffalo, New York 14202
>(716) 858-2216
>
>*Attorneys for Defendants-Appellees*