**United States Court of Appeals for the Second Circuit**
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

| | |
|---|---|
| **DEBRA ANN LIVINGSTON**<br>CHIEF JUDGE | **CATHERINE O'HAGAN WOLFE**<br>CLERK OF COURT |

Date: December 5, 2023
Docket #: 22-198
Short Title: Dublino v. Biegaj

DC Docket #: 19-cv-6269
DC Court: W.D.N.Y.
(ROCHESTER)
DC Judge: Trial Judge - David G. Larimer

## NOTICE OF CASE MANAGER CHANGE

The case manager assigned to this matter has been changed.

Inquiries regarding this case may be directed to 212-857-8626.